THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GENOA COLOR TECHNOLOGIES, LTD., )
                                       Plaintiff, )
     v. ) CIVIL ACTION NO.
                                         )
MITSUBISHI ELECTRIC CORP.; )
MITSUBISHI ELECTRIC US HOLDINGS, INC.)
MITSUBISHI ELECTRIC AND ) **Rule 7.1 Statement**
ELECTRONICS USA, INC.; )
MITSUBISHI DIGITAL ELECTRONICS )
AMERICA, INC.; SAMSUNG )
ELECTRONICS CO., LTD.; SAMSUNG )
ELECTRONICS AMERICA, INC. )
                                        )
                         Defendants. )
----------------------------------------------------------X

JUDGE CASTEL

07 CIV 6233

JUL 0 5 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Genoa Color Technologies, Ltd. (a private non-governmental party) certifies that the plaintiff has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Date: July 5, 2007

                                         PEARL COHEN ZEDEK LATZER, LLP

                                  By: _____
                                         Lee A. Goldberg (LG-9423)
                                         Nathan Buchek (NB-0246)
                                         1500 Broadway, 12th Floor
                                         New York, NY 10036
                                         Tel: (646) 878-0800
                                         Fax: (646) 878-0801

                                         Attorneys for Plaintiff
                                         Genoa Color Technologies, Ltd.

Of Counsel:

Sibley P. Reppert
Lahive & Cockfield LLP
One Post Office Square
Boston, MA 02109
Tel: (617) 227-7400
Fax: (742) 742-4214