UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- x

| | | |
|---|---|---|
| GENOA COLOR TECHNOLOGIES, LTD., | : | |
| | : | |
| Plaintiff, | : | No. 07 CIV 6233 (PKC) |
| | : | |
| v. | : | ECF Case |
| | : | |
| MITSUBISHI ELECTRIC CORP.; MITSUBISHI ELECTRIC US HOLDINGS, INC.; MITSUBISHI ELECTRIC AND ELECTRONICS USA, INC.; MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC., | : : : : : : | **NOTICE OF APPEARANCE** |
| | : | |
| Defendants. | : | |

----------------------------------------------------------------------- x

PLEASE TAKE NOTICE that the law firm of COVINGTON & BURLING LLP hereby appears on behalf of Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon the following attorney duly admitted to practice before this Court:

Philip A. Irwin
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
(212) 841-1000

                                                COVINGTON & BURLING LLP

                                                *s/ Philip A. Irwin*
                                                Philip A. Irwin
                                                620 Eighth Avenue
                                                New York, NY 10018
                                                (212) 841-1000

                                                Richard L. Rainey
                                                Roderick R. McKelvie
                                                Gregory Discher
                                                Peter A. Swanson
                                                COVINGTON & BURLING LLP
                                                1201 Pennsylvania Avenue, NW
                                                Washington, DC 20004
                                                (202) 662-6000
                                                *Pro hac vice* motions to be submitted

Dated:  New York, New York          *Attorneys for Defendants Samsung Electronics*
          August 10, 2007              *Co., Ltd. and Samsung Electronics America,*
                                                *Inc.*