UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
GENOA COLOR TECHNOLOGIES, LTD.
vs.
Defendant
MITSUBISHI ELECTRIC CORP.; ET AL.,

Case No.: 07CIV6233
Hearing Date:
Attorney of Record:

### AFFIDAVIT OF SERVICE

Received this on _____

I, Jimmy Lizama, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Aug 7 2007 3:25PM, I executed service of COMPLAINT; RULE 7.1 STATEMENT; SUMMONS; ATTACHMENT TO SUMMONS; CIVIL COVER SHEET; ATTACHMENT TO CIVIL COVER SHEET; LOCAL RULES OF U.S. DISTRICT COURT; ORDER SCHEDULING INITIAL PRETRIAL CONFERENCE; INDIVIDUAL PRACTICES OF JUDGE KEVIN CASTEL; CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER; ECF NOTICE; NOTICE OF AVAILABILITY OF U.S. MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF INFORMATION on MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC. at CT CORPORATION, 818 W 7TH Street, LOS ANGELES, Los Angeles County, CA 90017

By Personal Service to: MARGARET WILSON, PROCESS SPECIALIST

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Execute on Aug 08, 2007
Jimmy Lizama, Reg. # 4553, Los Angeles, CA

State of California County of Los Angeles
Subscribed and sworn to before me, a notary public on Aug 08, 2007

Notary Public

ID: 8209780
Client Reference: 15827487

JACOB SHAPIRO
Commission # 1712311
Notary Public - California
Los Angeles County
My Comm. Expires Dec 23, 2010

PFI Order No. 8209780



| | |
|---|---|
| **PEARL COHEN ZEDEK LATZER, LLP**<br>1500 Broadway<br>12th Floor<br>New York, NY 10036<br><br>Attn: Sherika Sterling<br>Phone: 6468780845 | Order #: 15827487<br><br><br>Date: Aug 9 2007 |

Dear PEARL COHEN ZEDEK LATZER, LLP:

Attached is the Proof of Service associated with an order for service that you placed with LexisNexis Service of Process. The Order Number for this order appears at the top of this page.

Thank you very much for using LexisNexis Service of Process. If you have any questions, please contact LexisNexis Service of Process Customer Support at 1-800-644-4025 or email us at sopsupport@fileandserve.lexisnexis.com.

| | |
|---|---|
| **COURT:** | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK |
| **CASE NAME:** | GENOA COLOR TECHNOLOGIES, LTD. vs. MITSUBISHI ELECTRIC CORP.; ET AL., |
| **CASE NUMBER:** | 07CIV6233 |
| **HEARING DATE:** | |
| **SERVEE:** | MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC. |
| **PERSON SERVED:** | MARGARET WILSON PROCESS SPECIALIST |
| **SERVICE DATE:** | Aug 7 2007 3:25PM |
| **SERVED BY:** | J. Lizama |
| **SERVICE ADDRESS:** | CT CORPORATION 818 W 7TH ST LOS ANGELES, CA 90017 |
| **DOCUMENTS:** | COMPLAINT; RULE 7.1 STATEMENT; SUMMONS; ATTACHMENT TO SUMMONS; CIVIL COVER SHEET; ATTACHMENT TO CIVIL COVER SHEET; LOCAL RULES OF U.S. DISTRICT COURT; ORDER SCHEDULING INITIAL PRETRIAL CONFERENCE; INDIVIDUAL PRACTICES OF JUDGE KEVIN CASTEL; CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER; ECF NOTICE; NOTICE OF AVAILABILITY OF U.S. MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF INFORMATION |
| **SERVICE NOTE:** | 08/06/2007 16:40: Per security no officers or authorized agents here to accept service. after checking with mgmt. all legal docs must go to ct corp in los angeles. address on work order |