USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
GENOA COLOR TECHNOLOGIES, LTD.,

          Plaintiff,

          v.

MITSUBISHI ELECTRIC CORP.; MITSUBISHI
ELECTRIC US HOLDINGS, INC.; MITSUBISHI
ELECTRIC AND ELECTRONICS USA, INC.;
MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.;
SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG
ELECTRONICS AMERICA, INC.,

          Defendants.
------------------------------------------------------------- x

No. 07 CIV 6233 (PKC)

ECF Case

STIPULATION

WHEREAS Defendant Samsung Electronics America, Inc. ("SEA") was served with process on or about August 6, 2007;

WHEREAS SEA's deadline to answer, move, or otherwise respond to the Complaint is on or about August 27, 2007;

WHEREAS Defendant Samsung Electronics Co., Ltd. ("SEC") has not been served with process;

WHEREAS SEC's deadline to answer, move, or otherwise respond to the Complaint would be 20 days after Plaintiff effects service of process on SEC;

WHEREAS this is the parties' first application to extend the date for SEA and SEC to respond to the Complaint;

WHEREAS in reaching agreement SEC and SEA have agreed not to request that the Court postpone the conference now scheduled for September 7, 2007;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, that (1) SEC waives service of process and is deemed served as of August 8, 2007; and (2) the time for SEA and SEC to answer, move, or otherwise respond to the Complaint is extended to and including Monday, October 29, 2007.

~~The initial pretrial~~ Conference is adjourned to November ___, 2007 ~~at 9:30 a.m.~~

| PEARL COHEN ZEDEK LATZER, LLP | COVINGTON & BURLING LLP |
|---|---|
| _/s/_ Date: 8/9/07<br>Lee A. Goldberg<br>Nathaniel B. Buchek<br>1500 Broadway, 12th Floor<br>New York, NY 10036<br>(646) 878-0800 | _/s/_ Date: 8/9/07<br>Philip A. Irwin<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 841-1000 |
| Sibley P. Reppert<br>LAHIVE & COCKFIELD LLP<br>One Post Office Square<br>Boston, MA 02109<br>(617) 227-7400 | Richard L. Rainey<br>Roderick R. McKelvie<br>Gregory Discher<br>Peter A. Swanson<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 662-6000<br>_Pro hac vice_ motions to be submitted |
| _Attorneys for Plaintiff_ | _Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc._ |

SO ORDERED: Part I  8-14-07

_/s/ Kimba M. Wood_
Hon. Kimba M. Wood, Chief Judge

August 14, 2007