THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
GENOA COLOR TECHNOLOGIES, LTD.,    )
                                    )
         Plaintiff,                 )
                                    )   Civil Action No. 07-CIV-6233 (PKC)
     v.                             )   (JHP)
                                    )
MITSUBISHI ELECTRIC CORP.;          )   MOTION TO ADMIT COUNSEL PRO
MITSUBISHI ELECTRIC US HOLDINGS,    )   HAC VICE
INC.; MITSUBISHI ELECTRIC AND       )
ELECTRONICS USA, INC.; MITSUBISHI   )
DIGITAL ELECTRONICS AMERICA,        )
INC.,; SAMSUNG ELECTRONICS CO.,     )
LTD.; SAMSUNG ELECTRONICS           )
AMERICA, INC.                       )
                                    )
         Defendants.                )
---------------------------------------------------------- X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, James E. Hough, a member in good standing of

the bar of this Court, hereby move for an Order in the above matter allowing the admission *pro*

*hac vice* of:

Vincent J. Belusko
Morrison & Foerster
555 West Fifth Street, 35th Floor
Los Angeles, CA 90013-1024
Tel:   (213) 892-5200
Fax:   (213) 892-5454
vbelusko@mofo.com

Mr. Belusko is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Vincent J. Belusko in any State or Federal

Court.

1

la-935183

In support of this motion and filed concurrently herewith is the Affidavit of James E. Hough in Support of Motion to Admit Counsel Pro Hac Vice and the Proposed Order for Admission Pro Hac Vice on Written Motion.

Dated: August 22, 2007

New York, New York

Respectfully submitted,

James E. Hough, Esq. (JH-1066)
Morrison & Foerster
1290 Avenue of the Americas
New York, New York 10104-0050
Tel: (212) 468-8000
Fax: (212) 468-7900

la-935183



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

CERTIFICATE OF THE CLERK OF THE SUPREME COURT

OF THE

STATE OF CALIFORNIA

———————

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that **Vincent J. Belusko,** was on the 1st of December, 1981, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his/her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 13th day of August, 2007.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By _____
*Patricia A. Quinn, Deputy Clerk*

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X
GENOA COLOR TECHNOLOGIES, LTD.,      )
                                     )
      Plaintiff,                    )
                                     )
                                     )   Civil Action No. 07-CIV-6233 (PKC)
   v.                                )   (JHP)
                                     )
MITSUBISHI ELECTRIC CORP.;           )   AFFIDAVIT OF JAMES E. HOUGH IN
MITSUBISHI ELECTRIC US HOLDINGS,     )   SUPPORT OF MOTION TO ADMIT
INC.; MITSUBISHI ELECTRIC AND        )   COUNSEL PRO HAC VICE
ELECTRONICS USA, INC.; MITSUBISHI    )
DIGITAL ELECTRONICS AMERICA,         )
INC., SAMSUNG ELECTRONICS CO.,       )
LTD.; SAMSUNG ELECTRONICS            )
AMERICA, INC.                        )
                                     )
      Defendants.                   )
---------------------------------------------------- X

James E. Hough, being duly sworn, hereby deposes and says as follows:

1.    I am a member of Morrison & Foerster LLP, counsel for Defendants Mitsubishi Electric Corp., Mitsubishi Electric US Holdings, Inc., Mitsubishi Electric and Electronics USA, Inc.; Mitsubishi Digital Electronics America, Inc. (collectively, "Mitsubishi")in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Mitsubishi's motion to admit Vincent J. Belusko as counsel *pro hac vice* to represent Mitsubishi in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Vincent J. Belusko since he joined Morrison & Foerster in 2000.

1

la-935225

4.     Mr. Belusko is a member of Morrison & Foerster LLP, resident in our office in Los Angeles, California.

5.     I have found Mr. Belusko to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. Attached hereto as Exhibit 1 is a Certificate of Good Standing for Vincent J. Belusko.

6.     On August 20, 2007, Plaintiff's counsel, Lee A. Goldberg, was contacted to inform him of our intention to file this motion. Mr. Goldberg has no objection to Mr. Belusko's *pro hac vice* admission.

7.     Accordingly, I am pleased to move the admission of Vincent J. Belusko, *pro hac vice*.

8.     I respectfully submit a proposed order granting the admission of Vincent J. Belusko, *pro hac vice*, which is attached hereto as Exhibit 2.

WHEREFORE it is respectfully requested that the motion to admit Vincent J. Belusko, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: August 22, 2007

New York, New York

STATE OF NEW YORK

COUNTY OF NEW YORK

Respectfully submitted,

Subscribed and sworn to before me this 22nd day of August, 2007.

_____
Notary Public

JEFFREY J. POULIOT
Notary Public, State of New York
No. 4973751
Qualified in New York County
Commission Expires October 29, 20_10

_____
James E. Hough, Esq. (JH-1066)
Morrison & Foerster
1290 Avenue of the Americas
New York, New York 10104-0050
Tel: (212) 468-8000
Fax: (212) 468-7900

la-935225                                    2

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------- X
GENOA COLOR TECHNOLOGIES, LTD.,   )
                                  )
         Plaintiff,               )
                                  )
                                  )  Civil Action No. 07-CIV-6233 (PKC)
    v.                            )  (JHP)
                                  )
MITSUBISHI ELECTRIC CORP.;        )  [PROPOSED] ORDER FOR
MITSUBISHI ELECTRIC US HOLDINGS,  )  ADMISSION PRO HAC VICE ON
INC.; MITSUBISHI ELECTRIC AND     )  WRITTEN MOTION
ELECTRONICS USA, INC.; MITSUBISHI )
DIGITAL ELECTRONICS AMERICA,      )
INC., SAMSUNG ELECTRONICS CO.,    )
LTD.; SAMSUNG ELECTRONICS         )
AMERICA, INC.                     )
                                  )
         Defendants.              )
-------------------------------------------------- X
```

Upon the motion of James E. Hough, attorney for Defendants Mitsubishi Electric Corp., Mitsubishi Electric US Holdings, Inc., Mitsubishi Electric and Electronics USA, Inc.; Mitsubishi Digital Electronics America, Inc. (collectively, "Mitsubishi") and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that
Vincent J. Belusko
Morrison & Foerster
555 West Fifth Street, 35th Floor
Los Angeles, CA 90013-1024
Tel: (213) 892-5200
Fax: (213) 892-5454

is admitted to practice pro hac vice as counsel for Mitsubishi in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

1

la-935484

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: August 22, 2007

New York, New York

_____<br>
The Honorable Kevin P. Castel<br>
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing MOTION TO ADMIT COUNSEL PRO HAC VICE, AFFIDAVIT OF JAMES E. HOUGH IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE and PROPOSED ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION was made this 22nd day of August 2007, by delivering a true and correct copy of the same by Federal Express Priority Overnight to the following:

Sibley P. Reppert, Esq.
Lahive & Cockfield LLP
One Post Office Square
Boston, MA 02109

Lee A. Goldberg, Esq.
Pearl Cohen Zedek Latzer LLP
1500 Broadway, 12th Floor
New York, NY 10036

Philip A. Irwin, Esq.
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

x. _____
Howard A. Meadow

la-935497