```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07
```

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GENOA COLOR TECHNOLOGIES, LTD.,           )
                                          )
            Plaintiff,                    )
                                          )
    v.                                    )   Civil Action No. 07-CIV-6233 (PKC)
                                          )
MITSUBISHI ELECTRIC CORP.;                )
MITSUBISHI ELECTRIC US HOLDINGS, INC.)
MITSUBISHI ELECTRIC AND                   )
ELECTRONICS USA, INC.;                    )   [PROPOSED] ORDER FOR ADMISSION
MITSUBISHI DIGITAL ELECTRONICS            )   PRO HAC VICE ON WRITTEN MOTION
AMERICA, INC.; SAMSUNG                    )
ELECTRONICS CO., LTD.; SAMSUNG            )
ELECTRONICS AMERICA, INC.                 )
                                          )
                                          )
            Defendants.                   )
-----------------------------------------------------------X

Upon the motion of Lee A. Goldberg attorney for Genoa Color Technologies, Ltd. and said sponsor

attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>    Sibley P. Reppert
>    Lahive & Cockfield, LLP
>    One Post Office Square
>    Boston, MA 02109-2127
>    Tel: (617) 994-0830
>    Fax: (617) 742-4214

is admitted to practice pro hac vice as counsel for Genoa Color Technologies, Ltd. in the above

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

1

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August ~~16~~ 30, 2007

New York, New York

*/s/ P. Kevin Castel*

Hon. P. Kevin Castel
U.S.D.J.

> I hereby disclose that, in the period of approximately the late nineteen eighties into the early to mid nineteen nineties, I served as co-counsel with Mr. Reppert in representing W. R. Grace & Co in asbestos-in-building litigation. To the best of my recollection, I have had no contact with Mr. Reppert in more than a decade. He was at Goodwin Procter at the time and I was at Cahill Gordon & Reindel. Any person having any application or inquiry regarding any aspect of the foregoing is directed to make such application or inquiry within ten (10) days of the date hereof.

2