UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
GENOA COLOR TECHNOLOGIES, LTD.,    :
:
Plaintiff,    :   No. 07 CIV 6233 (PKC)
:
v.    :   ECF Case
:
MITSUBISHI ELECTRIC CORP.; MITSUBISHI    :
ELECTRIC US HOLDINGS, INC.; MITSUBISHI   :   ORDER ADMITTING
ELECTRIC AND ELECTRONICS USA, INC.;      :   COUNSEL *PRO HAC*
MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.; :   *VICE*
SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG   :
ELECTRONICS AMERICA, INC.,               :
:
Defendants.    :
-------------------------------------------------------------- x

[Stamp: RECEIVED SEP 0 5 2007 CHAMBERS OF P. KEVIN CASTEL U.S.D.J.]

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9/5/07]

This matter having been brought before the Court by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., through its counsel Covington and Burling LLP, by motion pursuant to Local Civil Rule 1.3(c) for an order admitting Richard L. Rainey and Peter A. Swanson *pro hac vice*, with the consent of Plaintiff Genoa Color Technologies, Ltd. and on notice to all parties of record hereto, and the Court having reviewed and considered the papers filed in support of this Motion, it is hereby

ORDERED that Richard L. Rainey and Peter A. Swanson be and hereby are admitted *pro hac vice* in connection with this action and shall abide by the provisions of the Local Rules of this Court in all respects and be subject to the disciplinary jurisdiction of the Court in accordance with Local Civil Rule 1.5. subject to payment of fee

SO ORDERED:

_____   Date: 9-5-07
U.S.D.J.