MORRISON & FOERSTER LLP
James E. Hough (JH 1066)
1290 Avenue of the Americas
New York, NY  10104-0050
212.468.8000
Vincent J. Belusko (admitted *pro hac vice*)
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
213.892.5200
*Attorneys for Defendants*
Mitsubishi Electric and Electronics USA, Inc.
Mitsubishi Digital Electronics America, Inc.
Mitsubishi Electric US Holdings, Inc.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GENOA COLOR TECHNOLOGIES, LTD.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MITSUBISHI ELECTRIC CORP.; MITSUBISHI ELECTRIC US HOLDINGS, INC.; MITSUBISHI ELECTRIC AND ELECTRONICS USA, INC.; MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.<br><br>　　　　　　　Defendants. | **C.A. No. 07-6233 (PKC)**<br><br>**DEFENDANT MITSUBISHI ELECTRIC US HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Mitsubishi Electric US Holdings, Inc. hereby discloses that it is a wholly-owned subsidiary of Mitsubishi Electric Corporation.

Dated:  New York, New York
September 5, 2007

>Respectfully submitted,
>
>MORRISON & FOERSTER LLP
>
>By: /s/ James E. Hough
>
>James E. Hough (JH 1066)
>1290 Avenue of the Americas
>New York, NY  10104-0050
>212.468.8000
>Vincent J. Belusko (admitted *pro hac vice*)
>555 West Fifth Street, Suite 3500
>Los Angeles, CA 90013
>213.892.5200
>*Attorneys for Defendants*
>Mitsubishi Electric and Electronics USA, Inc.
>Mitsubishi Digital Electronics America, Inc.
>Mitsubishi Electric US Holdings, Inc.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system on this 5th day of September, 2007, pursuant to Local Rule 5.2 and Federal Rule of Civil Procedure 5.

By: /s/ James E. Hough
James E. Hough