MORRISON & FOERSTER LLP
James E. Hough (JH 1066)
1290 Avenue of the Americas
New York, NY  10104-0050
212.468.8000
Vincent J. Belusko (admitted *pro hac vice*)
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
213.892.5200
*Attorneys for Defendants*
Mitsubishi Electric and Electronics USA, Inc.
Mitsubishi Digital Electronics America, Inc.
Mitsubishi Electric US Holdings, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GENOA COLOR TECHNOLOGIES, LTD., <br><br>  Plaintiff, <br><br> v. <br><br> MITSUBISHI ELECTRIC CORP.; MITSUBISHI ELECTRIC US HOLDINGS, INC.; MITSUBISHI ELECTRIC AND ELECTRONICS USA, INC.; MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | C.A. No. 07-6233 (PKC) <br><br> **DEFENDANT MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Mitsubishi Digital Electronics America, Inc. hereby discloses that it is a wholly-owned subsidiary of Mitsubishi Electric US Holdings, Inc., which in turn is a wholly-owned subsidiary of Mitsubishi Electric Corporation.

Dated: New York, New York
September 5, 2007

      Respectfully submitted,

      MORRISON & FOERSTER LLP

      By: <u>/s/ James E. Hough</u>

      James E. Hough (JH 1066)
      1290 Avenue of the Americas
      New York, NY  10104-0050
      212.468.8000
      Vincent J. Belusko (admitted *pro hac vice*)
      555 West Fifth Street, Suite 3500
      Los Angeles, CA 90013
      213.892.5200
      *Attorneys for Defendants*
      Mitsubishi Electric and Electronics USA, Inc.
      Mitsubishi Digital Electronics America, Inc.
      Mitsubishi Electric US Holdings, Inc.

3

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system on this 5th day of September, 2007, pursuant to Local Rule 5.2 and Federal Rule of Civil Procedure 5.

      By: /s/ James E. Hough
          James E. Hough