UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- x
GENOA COLOR TECHNOLOGIES, LTD.,            :
                                            :   No. 07 CIV 6233 (PKC)
            Plaintiff,                      :
                                            :   ECF Case
        v.                                  :
                                            :   **RULE 7.1 DISCLOSURE**
MITSUBISHI ELECTRIC CORP.; MITSUBISHI       :   **STATEMENT OF**
ELECTRIC US HOLDINGS, INC.; MITSUBISHI      :   **DEFENDANTS**
ELECTRIC AND ELECTRONICS USA, INC.;         :   **SAMSUNG**
MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.; : **ELECTRONICS CO.,**
SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG      :   **LTD. AND SAMSUNG**
ELECTRONICS AMERICA, INC.,                  :   **ELECTRONICS**
                                            :   **AMERICA, INC.**
            Defendants.                     :
----------------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") certifies that (1) SEC is the parent corporation of SEA, and no other publicly held corporation owns 10% or more of SEA's stock; (2) SEC does not have a parent corporation and no publicly held corporation owns 10% or more of SEC's stock.

2

|  |  |
|---|---|
|  | COVINGTON & BURLING LLP |
|  |  |
|  | *s/ Philip A. Irwin* |
|  | Philip A. Irwin |
|  | 620 Eighth Avenue |
|  | New York, NY 10018 |
|  | (212) 841-1000 |
|  |  |
|  | Richard L. Rainey |
|  | Roderick R. McKelvie |
|  | Gregory Discher |
|  | Peter A. Swanson |
|  | COVINGTON & BURLING LLP |
|  | 1201 Pennsylvania Avenue, NW |
|  | Washington, DC 20004 |
|  | (202) 662-6000 |
|  | *Pro hac vice* motions to be submitted |
| Dated: New York, New York | *Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |
| September 6, 2007 |  |