ORIGINAL

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-20-07

---------------------------------------------- X
GENOA COLOR TECHNOLOGIES, LTD.,   )
                                  )
        Plaintiff,                )
                                  )   Civil Action No. 07-CIV-6233 (PKC)
    v.                            )   (JHP)   P/CC
                                  )
MITSUBISHI ELECTRIC CORP.;        )   [PROPOSED] ORDER FOR
MITSUBISHI ELECTRIC US HOLDINGS,  )   ADMISSION PRO HAC VICE ON
INC.; MITSUBISHI ELECTRIC AND     )   WRITTEN MOTION
ELECTRONICS USA, INC.; MITSUBISHI )
DIGITAL ELECTRONICS AMERICA,      )
INC., SAMSUNG ELECTRONICS CO.,    )
LTD.; SAMSUNG ELECTRONICS         )
AMERICA, INC.                     )
                                  )
        Defendants.                )
---------------------------------------------- X

Upon the motion of James E. Hough, attorney for Defendants Mitsubishi Electric Corp.,

Mitsubishi Electric US Holdings, Inc., Mitsubishi Electric and Electronics USA, Inc.; Mitsubishi

Digital Electronics America, Inc. (collectively, "Mitsubishi") and said sponsor attorney's

affidavit in support;

IT IS HEREBY ORDERED that
Adam J. Lavier
Morrison & Foerster
555 West Fifth Street, 35th Floor
Los Angeles, CA 90013-1024
Tel: (213) 892-5200
Fax: (213) 892-5454

is admitted to practice pro hac vice as counsel for Mitsubishi in the above captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

1

la-937267

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: September 20, 2007

New York, New York

_____
The Honorable Kevin P. Castel
United States District Judge

la-937267

2