THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
GENOA COLOR TECHNOLOGIES, LTD., )
)
Plaintiff, )
)
v. ) Civil Action No. 07-CIV-6233 (PKC)
) (JHP)
MITSUBISHI ELECTRIC CORP.; )
MITSUBISHI ELECTRIC US HOLDINGS, INC. ) (JURY TRIAL DEMANDED)
MITSUBISHI ELECTRIC AND )
ELECTRONICS USA, INC.; )
MITSUBISHI DIGITAL ELECTRONICS )
AMERICA, INC.; SAMSUNG )
ELECTRONICS CO., LTD.; SAMSUNG )
ELECTRONICS AMERICA, INC. )
)
Defendants. )
---------------------------------------------------------X


## GENOA'S RULE 41(a)(1) VOLUNTARY NOTICE OF DISMISSAL OF COUNT III OF ITS COMPLAINT AGAINST THE SAMSUNG ELECTRONICS CO., LTD.

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Genoa Color Technologies, Ltd. ("Genoa") hereby files this voluntary Notice of Dismissal of Count III of its Complaint against Samsung Electronics Co., Ltd. As Defendant Samsung Electronics Co., Ltd. has neither served an answer to the complaint nor filed a motion for summary judgment, no stipulation of the parties is necessary. Plaintiff's voluntary dismissal of Count III is without prejudice.

Dated: September 26, 2007

                        PEARL COHEN ZEDEK LATZER LLP

By: _____
      Lee A. Goldberg (LG-9423)
      Nathaniel B. Buchek (NB-0246)
      1500 Broadway, 12th Floor
      New York, NY 10036
      Tel: (646)878-0800
      Fax: (646)878-0801

      Sibley P. Reppert
      Lahive & Cockfield LLP
      One Post Office Square
      Boston, MA 02109
      Tel: (617) 227-7400
      Fax: (617) 742-4214

      *Attorneys for Plaintiff*
      *Genoa Color Technologies, Ltd.*

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **GENOA'S RULE 41(a)(1) VOLUNTARY NOTICE OF DISMISSAL OF COUNT III OF ITS COMPLAINT AGAINST THE SAMSUNG ELECTRONICS CO., LTD.** was made this 26th day of September, 2007, by delivering a true and correct copy of the same by Federal Express Priority Overnight to the following:

1. Sibley P. Reppert
   Lahive & Cockfield LLP
   One Post Office Square
   Boston, MA 02109

2. Richard L. Rainey
   Covington & Burling LLP
   1201 Pennsylvania Avenue, NW
   Washington, DC 20004

3. Roderick L. McKelvie
   Covington & Burling LLP
   1201 Pennsylvania Avenue, NW
   Washington, DC 20004

4. James E. Hough
   Morrison Foerster
   1290 Avenue of the Americas
   New York, New York 10104

5. Vincent J. Belusko
   Morrison Foerster
   555 West 5th Street
   Los Angeles, CA 90013-1024

/s/ Sherika A. Sterling
Sherika A. Sterling