Case 1:07-cv-06233-PKC    Document 28    Filed 09/26/2007    Page 1 of 3

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            )
GENOA COLOR TECHNOLOGIES, LTD.,                             )
                                                            )
                Plaintiff,                                  )
                                                            )
        v.                                                  )   Civil Action No. 07-CIV-6233 (PKC)
                                                            )   (JHP)
MITSUBISHI ELECTRIC CORP.;                                  )
MITSUBISHI ELECTRIC US HOLDINGS, INC.                       )   (JURY TRIAL DEMANDED)
MITSUBISHI ELECTRIC AND                                     )
ELECTRONICS USA, INC.;                                      )
MITSUBISHI DIGITAL ELECTRONICS                              )
AMERICA, INC.; SAMSUNG                                      )
ELECTRONICS CO., LTD.; SAMSUNG                              )
ELECTRONICS AMERICA, INC.                                   )
                                                            )
                Defendants.                                 )
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07
```

### GENOA'S RULE 41(a)(1) VOLUNTARY NOTICE OF DISMISSAL OF COUNT III OF ITS COMPLAINT AGAINST THE SAMSUNG ELECTRONICS CO., LTD.

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Genoa Color Technologies, Ltd. ("Genoa") hereby files this voluntary Notice of Dismissal of Count III of its Complaint against Samsung Electronics Co., Ltd. As Defendant Samsung Electronics Co., Ltd. has neither served an answer to the complaint nor filed a motion for summary judgment, no stipulation of the parties is necessary. Plaintiff's voluntary dismissal of Count III is without prejudice.

SO ORDERED

[signature]

USDJ
9-27-07

Dated: September 26, 2007

                    PEARL COHEN ZEDEK LATZER LLP

By: _____
                    Lee A. Goldberg (LG-9423)
                    Nathaniel B. Buchek (NB-0246)
                    1500 Broadway, 12th Floor
                    New York, NY 10036
                    Tel: (646)878-0800
                    Fax: (646)878-0801

                    Sibley P. Reppert
                    Lahive & Cockfield LLP
                    One Post Office Square
                    Boston, MA 02109
                    Tel: (617) 227-7400
                    Fax: (617) 742-4214

                    *Attorneys for Plaintiff*
                    *Genoa Color Technologies, Ltd.*