MORRISON & FOERSTER LLP
James E. Hough (JH 1066)
1290 Avenue of the Americas
New York, NY  10104-0050
212.468.8000
Vincent J. Belusko (admitted *pro hac vice*)
Adam J. LaVier (admitted *pro hac vice*)
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
213.892.5200
*Attorneys for Defendants*
Mitsubishi Electric Corp.
Mitsubishi Electric and Electronics USA, Inc.
Mitsubishi Digital Electronics America, Inc.
Mitsubishi Electric US Holdings, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GENOA COLOR TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI ELECTRIC CORP.; MITSUBISHI ELECTRIC US HOLDINGS, INC.; MITSUBISHI ELECTRIC AND ELECTRONICS USA, INC.; MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | C.A. No. 07-6233 (PKC) <br><br> **DEFENDANT MITSUBISHI ELECTRIC CORP.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Mitsubishi Electric Corp. ("MELCO") hereby discloses that it has no parent corporation and that as of November 5, 2007, the Master Trust Bank of Japan held 10.6 percent of MELCO's stock.

Dated: Los Angeles, California
November 8, 2007

                    Respectfully submitted,

                    MORRISON & FOERSTER LLP

                    By: <u>/s/ Adam J. LaVier</u>

                    James E. Hough (JH 1066)
                    1290 Avenue of the Americas
                    New York, NY 10104-0050
                    212.468.8000
                    Vincent J. Belusko (admitted *pro hac vice*)
                    Adam J. LaVier (admitted *pro hac vice*)
                    555 West Fifth Street, Suite 3500
                    Los Angeles, CA 90013
                    213.892.5200
                    *Attorneys for Defendants*
                    Mitsubishi Electric Corp.
                    Mitsubishi Electric and Electronics USA, Inc.
                    Mitsubishi Digital Electronics America, Inc.
                    Mitsubishi Electric US Holdings, Inc.

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system on this 8th day of November, 2007, pursuant to Local Rule 5.2 and Federal Rule of Civil Procedure 5.

      By: /s/ Adam J. LaVier
            Adam J. LaVier