UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
GENOA COLOR TECHNOLOGIES, LTD.,                       :
                                                      :
                          Plaintiff,    :   No. 07 CIV 6233 (PKC)
                                                      :
                           v.           :   ECF Case
                                                      :
MITSUBISHI ELECTRIC CORP.; MITSUBISHI                 :
ELECTRIC US HOLDINGS, INC.; MITSUBISHI                :   **NOTICE OF**
ELECTRIC AND ELECTRONICS USA, INC.;                   :   **APPEARANCE**
MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.;         :
SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG                :
ELECTRONICS AMERICA, INC.,                            :
                                                      :
                          Defendants.  :
------------------------------------------------------------------------ x

      PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon the following attorney duly admitted to practice before this Court:

Brian G. Bieluch
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 662-6000

|  |  |
|---|---|
|  | COVINGTON & BURLING LLP |
|  | */s/ Brian G. Bieluch* |
|  | Philip A. Irwin<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 841-1000 |
|  | Richard L. Rainey (admitted *pro hac vice*)<br>Roderick R. McKelvie (admitted *pro hac vice*)<br>Gregory Discher (admitted *pro hac vice*)<br>Brian G. Bieluch<br>Peter A. Swanson (admitted *pro hac vice*)<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 662-6000 |
| Dated: Washington, DC<br>November 20, 2007 | *Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |