**MEMO ENDORSED**

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

GENOA COLOR TECHNOLOGIES, LTD.,   )
                                                       )
        Plaintiff,      )
                               )   Civil Action No. 07-CIV-6233 (PKC)
v.                           )   (JHP)
                               )
MITSUBISHI ELECTRIC CORP.;   )   MOTION TO ADMIT COUNSEL *PRO*
MITSUBISHI ELECTRIC US HOLDINGS,   )   *HAC VICE*
INC.; MITSUBISHI ELECTRIC AND   )
ELECTRONICS USA, INC.; MITSUBISHI   )
DIGITAL ELECTRONICS AMERICA,   )
INC.,; SAMSUNG ELECTRONICS CO.,   )
LTD.; SAMSUNG ELECTRONICS   )
AMERICA, INC.   )
                               )
       Defendants.
------------------------------------------------------- X



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/07

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, James E. Hough, a member in good standing of the bar of this Court, hereby move for an Order in the above matter allowing the admission *pro hac vice* of:

Nicole M. Smith
Morrison & Foerster
555 West Fifth Street, 35th Floor
Los Angeles, CA 90013-1024
Tel:   (213) 892-5200
Fax:  (213) 892-5454
nsmith@mofo.com

*Motion granted -*
*SO ORDERED*
[signature]
*12-28-07*

Ms. Smith is a member in good standing of the Bars of the States of California and Illinois.

There are no pending disciplinary proceedings against Nicole M. Smith in any State or Federal Court.

1

la-938941