| MORRISON | FOERSTER | 1290 AVENUE OF THE AMERICAS<br>NEW YORK<br>NEW YORK 10104-0050<br><br>TELEPHONE: 212.468.8000<br>FACSIMILE: 212.468.7900<br><br>WWW.MOFO.COM | MORRISON & FOERSTER LLP<br><br>NEW YORK, SAN FRANCISCO,<br>LOS ANGELES, PALO ALTO,<br>SAN DIEGO, WASHINGTON, D.C.<br><br>NORTHERN VIRGINIA,<br>ORANGE COUNTY, DENVER,<br>SACRAMENTO, WALNUT CREEK<br><br>TOKYO, LONDON, BEIJING,<br>SHANGHAI, HONG KONG,<br>SINGAPORE, BRUSSELS |
|---|---|---|---|

February 21, 2008


FEB 22 2008

Writer's Direct Contact
212.468.8158
JHough@mofo.com

**By Hand**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08
```

Honorable P. Kevin Castel
United States District Court for the Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re:   *Genoa Color Technologies, Ltd. V. Mitsubishi Electric Corp., et al.,* No. 07-6233

Dear Judge Castel:

We represent defendant Mitsubishi Electric Corp. in the referenced action, and I write to request that the pre-motion conference currently scheduled for March 7, 2008, at 10:45 am be adjourned to March 12, 2008 at the same time. I have conferred with counsel for all parties, and with Your Honor's Courtroom deputy, to confirm that the proposed date and time is available subject, of course, to Your Honor's approval. We request the schedule change because lead counsel for Mitsubishi Electric Corp. (my partner Vince Belusko, from our Los Angeles office) is not available on March 7. In the course of communications with counsel for other parties today, I also learned that one of plaintiff's counsel, Mr. Reppert, is scheduled to be out of the country on March 7.

Plaintiff's counsel does not oppose our request to re-schedule the pre-motion conference. However, in the event our request is granted, Mr. Reppert asked that the Court also adjourn the date of plaintiff's response to defendants' February 19, 2008 letter which requested the pre-motion conference. Plaintiff's response is currently due on February 27, 2008; a corresponding adjournment of that date would be to March 3, 2008.

We appreciate Your Honor's consideration of this request.

Respectfully,

James E. Hough

cc: Counsel of Record (by Email, UPS, and Hand Service)

ny-801472

*[Handwritten notation: Response from plaintiff due March 3. Conference adjourned from March 7 at 10:45 to March 12, 2008 at 10:00. SO ORDERED. P.K. Castel USDJ 2-22-08]*