# APPENDIX A

# Appendix A — Proposed Claim Constructions

*Genoa Color Technologies, Ltd. v. Samsung Electronics Co., Ltd., et al.*

| Patent Claims | Terms for Construction | Defendants' Proposed Construction | Plaintiff's Proposed Construction |
|---|---|---|---|
| 1. A method of producing a **color image** comprising:<br><br>projecting **polychromatic light** from a light source onto a first side of a color wheel having at least four non-white and non-black color filters;<br><br>rotating said color wheel such that the **polychromatic light** from said light source is sequentially filtered by transmission through said at least four color filters to sequentially produce at a second side of said color wheel, opposite said first side, light of at least four colors, each of said at least four colors having a different chromaticity from the others of the at least four colors; and **spatially modulating** said light of at least four colors in accordance with a **data signal** to **produce said color image**.<br><br>2. The method of claim 1, wherein each of said at least four light colors is produced at least once during one rotation of said color wheel.<br><br>3. The method of claim 1, further comprising operating a motor attached to said color wheel for rotating said color wheel.<br><br>4. The method of claim 1, further comprising projecting said filtered light onto a viewing screen.<br><br>5. The method of claim 1, wherein said **spatially modulating** said light comprises **selectively activating** a spatial light modulator in accordance with said **data signal**. | "color image" [claims 1, 8, 9, 10] | "image comprised of at least one color" | "an image including a plurality of pixels, at least some of which are made up of at least four non-white and non-black colors" |
| | "data signal" [claims 1, 5, 7, 9] | "a signal that carries data" | "a signal representing an image in terms of a plurality of pixels, each having exactly three component values, e.g., RGB, XYZ, YCC, etc." |
| | "converting" [claim 8] | **Samsung Defendants:**<br><br>"partitioning the color gamut to transform"<br><br>**Mitsubishi Defendants:**<br><br>"transforming" | "transforming" |
| 6. The method of claim 5, wherein said spatial light modulator is **a digital micro-mirror device** (DMD).<br><br>7. The method of claim 5, wherein said **selectively activating** said spatial light modulator comprises activating said spatial light modulator to sequentially modulate the light of said at least four different colors in accordance with said **data signal**.<br><br>8. The method of claim 1, further comprising<br><br>**converting three-color data representing said color image in terms of three colors into converted image data representing said color image in terms of said at least four different colors**.<br><br>9. The method of claim 8, further comprising: receiving image data representing said **color image** in terms of said at least four colors; and<br><br>generating a **formatted data signal** including a sequence of color data **arrays**, each **array** including data representing at least part of said image data corresponding to one of said at least four colors.<br><br>10. The method of claim 9, wherein said **spatially modulating** said light comprises **selectively activating** a spatial light modulator based on said **formatted data signal** to produce a light pattern corresponding to said **color image**. | "three-color data representing said color image in terms of three colors" [claim 8] | Relevant terms have either (1) already been construed (*e.g.*, "color image") or (2) consist of words needing no construction or a plain meaning construction (*e.g.*, "three" means "three"). | "an image represented by a plurality of pixels, each having exactly three component values" |

| Patent Claims | Terms for Construction | Defendants' Proposed Construction | Plaintiff's Proposed Construction |
|---|---|---|---|
| 1. A method of producing a **color image** comprising:<br><br>projecting **polychromatic light** from a light source onto a first side of a color wheel having at least four non-white and non-black color filters;<br><br>rotating said color wheel such that the **polychromatic light** from said light source is sequentially filtered by transmission through said at least four color filters to sequentially produce at a second side of said color wheel, opposite said first side, light of at least four colors, each of said at least four colors having a different chromaticity from the others of the at least four colors; and **spatially modulating** said light of at least four colors in accordance with a **data signal** to **produce said color image**.<br><br>2. The method of claim 1, wherein each of said at least four light colors is produced at least once during one rotation of said color wheel.<br><br>3. The method of claim 1, further comprising operating a motor attached to said color wheel for rotating said color wheel.<br><br>4. The method of claim 1, further comprising projecting said filtered light onto a viewing screen.<br><br>5. The method of claim 1, wherein said **spatially modulating** said light comprises **selectively activating** a spatial light modulator in accordance with said **data signal**.<br><br>6. The method of claim 5, wherein said spatial light modulator is **a digital micro-mirror device** (DMD).<br><br>7. The method of claim 5, wherein said **selectively activating** said spatial light modulator comprises activating said spatial light modulator to sequentially modulate the light of said at least four different colors in accordance with said **data signal**.<br><br>8. The method of claim 1, further comprising<br><br>**converting three-color data representing said color image in terms of three colors into converted image data representing said color image in terms of said at least four different colors**.<br><br>9. The method of claim 8, further comprising: receiving image data representing said **color image** in terms of said at least four colors; and<br><br>generating a **formatted data signal** including a sequence of color data **arrays**, each **array** including data representing at least part of said image data corresponding to one of said at least four colors.<br><br>10. The method of claim 9, wherein said **spatially modulating** said light comprises **selectively activating** a spatial light modulator based on said **formatted data signal** to produce a light pattern corresponding to said **color image**. | "[converting three-color data representing said color image in terms of three colors into][1] converted image data representing said color image in terms of said at least four different colors" [claim 8] | Relevant terms have either (1) already been construed (*e.g.*, "color image") or (2) consist of words needing no construction or a plain meaning construction (*e.g.*, "three" means "three"). | "'converting three color data … into converted image data' means, for every pixel in the input data, transforming each three-component pixel into a pixel having at least four (potentially non-zero) colors, each of the at least four colors corresponding to a non-white and non-black filter." |
| | "polychromatic light" [claim 1] | "light consisting of a plurality of colors or spectral wavelengths" | "light including a plurality of wavelengths" |
| | "spatially modulating" [claims 1, 5, 10] | "varying in space" | "varying the intensity and/or color and/or angular distribution and/or polarization of light as a function of spatial position" |
| | "produce said color image" [claim 1] | "Color image" has already been construed. The term "produce" needs no construction. If construed, though, the phrase should mean "create a color image." | "construct an image from a plurality of pixels, at least some of which are made up of at least four non-white and non-black colors" |
| | "selectively activating" [claims 5, 7, 10] | The term should not be construed. If construed, should mean "varying the operation of." | "controlling the individual pixels of" |
| | "digital micro-mirror device (DMD)" [claim 6] | "arrangement of mirrors each of which can reflect light either toward or away from the display screen" | "a two-dimensional arrangement of mirrors, each of which has at least two orientations, each of which orientations reflects light in a different direction" |

| Patent Claims | Terms for Construction | Defendants' Proposed Construction | Plaintiff's Proposed Construction |
|---|---|---|---|
| 1. A method of producing a **color image** comprising:<br><br>projecting **polychromatic light** from a light source onto a first side of a color wheel having at least four non-white and non-black color filters;<br><br>rotating said color wheel such that the **polychromatic light** from said light source is sequentially filtered by transmission through said at least four color filters to sequentially produce at a second side of said color wheel, opposite said first side, light of at least four colors, each of said at least four colors having a different chromaticity from the others of the at least four colors; and **spatially modulating** said light of at least four colors in accordance with a **data signal** to **produce said color image**.<br><br>2. The method of claim 1, wherein each of said at least four light colors is produced at least once during one rotation of said color wheel.<br><br>3. The method of claim 1, further comprising operating a motor attached to said color wheel for rotating said color wheel.<br><br>4. The method of claim 1, further comprising projecting said filtered light onto a viewing screen.<br><br>5. The method of claim 1, wherein said **spatially modulating** said light comprises **selectively activating** a spatial light modulator in accordance with said **data signal**.<br><br>6. The method of claim 5, wherein said spatial light modulator is **a digital micro-mirror device** (DMD).<br><br>7. The method of claim 5, wherein said **selectively activating** said spatial light modulator comprises activating said spatial light modulator to sequentially modulate the light of said at least four different colors in accordance with said **data signal**.<br><br>8. The method of claim 1, further comprising<br><br>**converting three-color data representing said color image in terms of three colors into converted image data representing said color image in terms of said at least four different colors**.<br><br>9. The method of claim 8, further comprising: receiving image data representing said **color image** in terms of said at least four colors; and<br><br>generating a **formatted data signal** including a sequence of color data **arrays**, each **array** including data representing at least part of said image data corresponding to one of said at least four colors.<br><br>10. The method of claim 9, wherein said **spatially modulating** said light comprises **selectively activating** a spatial light modulator based on said **formatted data signal** to produce a light pattern corresponding to said **color image**. | "formatted data signal" [claims 9, 10] | "a predetermined arrangement of a data signal"<br><br>--or--<br><br>"a predetermined arrangement of a signal that carries data" | "an arrangement of the converted data signal" |
| | "array(s)" [claim 9] | "arrangement(s) of rows and columns" | "multi-dimensional data structures or arrangements of data" |

[1] Genoa's brief proposes construing the claim language after this footnote. Genoa's proposed definition, however, additionally suggests construing the bracketed text.