# EXHIBIT E

SECOND COLLEGE EDITION



# WEBSTER'S
# NEW WORLD
# DICTIONARY

OF THE AMERICAN LANGUAGE

DAVID B. GURALNIK, *Editor in Chief*

SIMON AND SCHUSTER

Copyright © 1970, 1972, 1974, 1976, 1978, 1979, 1980 by Simon & Schuster, a Division of
Gulf & Western Corporation
All rights reserved
including the right of reproduction
in whole or in part in any form
Published by New World Dictionaries/Simon and Schuster
A Simon & Schuster Division of Gulf & Western Corporation
Simon & Schuster Building
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020
SIMON and SCHUSTER, TREE OF KNOWLEDGE, WEBSTER'S NEW WORLD, and colophons
are trademarks of Simon & Schuster.
Manufactured in the United States of America
    3 4 5 6 7 8 9 10
Library of Congress Cataloging in Publication Data
0-671-41809-2 cl., indexed
0-671-41807-6 cl., plain edge
0-671-41811-4 Pbk.

or gaseous substance made up of very small, insoluble, nondiffusible particles (as single large molecules or masses of smaller molecules) that remain in suspension in a surrounding solid, liquid, or gaseous medium of different matter  b) a state of matter consisting of such a substance dispersed in a surrounding medium  All living matter contains colloidal material, and a colloid has only a negligible effect on the freezing point, boiling point, or vapor tension of the surrounding medium  2. the material within which the thyroid gland stores its hormones: it is a protein containing iodine

**col·loi·dal** (kə loi′d'l) *adj.* 1. of, like, or containing a colloid 2. of the nature, or in the form, of a colloid

**col·lop** (käl′əp) *n.* [ME. *colhoppe*; a dish of fried or roasted meat, a morsel < ? Scand., as in Sw. *kollops*, OSw. *kolhuppadher*, cooked on coal: first element prob. *kol*, COAL] 1. a portion or piece; esp., a small slice of meat 2. [Archaic] a fold of fatty flesh on the body

**col·loq.** 1. colloquial 2. colloquialism 3. colloquially

**col·lo·qui·al** (kə lō′kwē əl) *adj.* [< L. *colloquium* (see COLLOQUY) + -AL] 1. having to do with or like conversation; conversational 2. designating or of the words, phrases, and idioms characteristic of informal speech and writing; informal: the label [Colloq.] is used throughout this dictionary in this sense, and does not indicate substandard or illiterate usage —**col·lo′qui·al·ly** *adv.*

**col·lo·qui·al·ism** (-iz′m) *n.* 1. colloquial quality, style, or usage 2. a colloquial word or expression 3. erroneously, a localism, or regionalism

**col·lo·quist** (käl′ə kwist) *n.* a participant in a colloquy

**col·lo·qui·um** (kə lō′kwē əm) *n., pl.* -**qui·a** (-ə), -**qui·ums** [L.: see ff.] an organized conference or seminar on some subject, involving a number of scholars or experts

**col·lo·quy** (käl′ə kwē) *n., pl.* -**quies** [L. *colloquium*, conversation < *com-*, together + *loqui*, to speak] 1. a conversation, esp. a formal discussion; conference 2. a literary work written as a dialogue or conversation

**col·lo·type** (käl′ə tīp′) *n.* [< Gr. *kolla*, glue + -TYPE] 1. a photomechanical process by which inked impressions are transferred to paper directly from an image formed on a sheet of hardened gelatin 2. the printed reproduction

**col·lude** (kə lo͞od′) *vi.* -**lud′ed**, -**lud′ing** [L. *colludere* < *com-*, with + *ludere*, to play] to act in collusion or conspire, esp. for a fraudulent purpose

**col·lu·sion** (kə lo͞o′zhən) *n.* [ME. < L. *collusio* < *collusus*, pp. of *colludere*: see COLLUDE] a secret agreement for fraudulent or illegal purpose; conspiracy —**col·lu′sive** (-siv) *adj.* —**col·lu′sive·ly** *adv.*

**col·lu·vi·um** (kə lo͞o′vē əm) *n., pl.* -**vi·a** (-ə), -**vi·ums** [ML., altered < L. *colluvies*, dregs, sweepings < *colluere*, to wash out < *col-*, COL- + *luere*, to wash. flow: for IE. base see LOSE] rock fragments, sand, etc. that accumulate on steep slopes or at the foot of cliffs

**col·ly** (käl′ē) *vt.* -**lied**, -**ly·ing** [< ME. *colwi*, sooty < *colwed*, blackened with coal, ult. < *col*, COAL] [Brit. Dial.] to blacken, as with soot or grime —*n.* [Brit. Dial.] soot; grime

**col·lyr·i·um** (kə lir′ē əm) *n., pl.* -**i·a** (-ə), -**i·ums** [L. < Gr. *kollyrion*, eye salve] any medicated preparation for the eyes; eyewash

**col·ly·wob·bles** (käl′ə wäb′'lz) *n.pl.* [*often with sing. v.*] [prob. < COLIC + WOBBLE] [Colloq.] pain in the abdomen; bellyache: usually with *the*

**Col·mar** (kōl′mär; *Fr.* kôl már′) city in NE France, near the Rhine: pop. 52,000

**Colo.** Colorado

**col·o·bus** (käl′ə bəs) *n.* [ModL. < Gr. *kolobos*, curtailed, docked (akin to *kolos*, maimed): for LB. base see HALT†]: so named prob. because of the absent or rudimentary thumbs] any of a genus (*Colobus*) of thumbless, long-haired, black and white African monkeys

**co·lo·cate** (kō lō′kāt′) *vt., vi.* -**cat′ed**, -**cat′ing** to locate or be located in the same place, as two or more military units —**co′·lo·ca′tion** *n.*

**col·o·cynth** (käl′ə sinth′) *n.* [L. *colocynthis* < Gr. *kolokynthis*] 1. an African and Asian perennial vine (*Citrullus colocynthis*) of the gourd family, whose small, dried fruits are used in making a strong cathartic 2. this fruit, or the cathartic prepared from it

**Co·logne** (kə lōn′) [Fr. < L. *Colonia* (*Agrippina*), the colony (of AGRIPPINA)] city in W West Germany, on the Rhine: pop. 848,000: Ger. name, KÖLN

**co·logne** (kə lōn′) *n. same as* EAU DE COLOGNE

**Co·lom·bi·a** (kə lum′bē ə; *Sp.* kô lôm′byä) country in NW S. America, on the Pacific Ocean & the Caribbean Sea: 455,335 sq. mi.; pop. 18,068,000; cap. Bogotá —**Co·lom′·bi·an** *adj., n.*

**Co·lom·bo** (kə lum′bō) capital of Ceylon: seaport on the W coast: pop. 512,000

**Co·lón** (kə lōn′) [see COLON†] seaport in Panama, at the Caribbean end of the Panama Canal: pop. 60,000

**co·lon¹** (kō′lən) *n., pl.* -**lons** [< Gr. *kōlon*, part of a verse, member, limb < IE. base *\*(s)kel-*, to bend, crooked, whence [L. *coluber*, snake, *calx*, heel] 1. a mark of punctuation (:) used before an extended quotation, explanation, example, series, etc. and after the salutation of a formal letter 2. *pl.* **co′la** (-lə) *Gr. Prosody* a section of a prosodic period, consisting of a group of two to six feet forming a rhythmic unit with a principal accent

**co·lon²** (kō′lən) *n., pl.* -**lons**, -**la** (-lə) [L. < Gr. *kolon*] that part of the large intestine extending from the cecum to the rectum —**co·lon·ic** (kə län′ik) *adj.*

**co·lón** (kô lōn′; *Sp.* kô lōn′) *n., pl.* -**lons**, Sp. -**lon′es** (-lō′nes) [AmSp. *colón* < Sp. *Colón*, COLUMBUS] the monetary unit of Costa Rica and El Salvador: see MONETARY UNITS, table

**‡co·lon¹** (kô lōn′; E. kə lōn′) *n.* [Fr.] a colonist, esp. one who owns a plantation

**Co·lón** (kō lōn′), Ar·chi·pié·la·go de (är′chē pyā′lä gō *the*) *same as* GALÁPAGOS ISLANDS

**colo·nel** (kur′n'l) *n.* [earlier *coronel* < Fr. *colonel, coronel* < It. *colonello* < *colonna*, (military) column < L. *columna*, COLUMN; Fr. & E. sp. modified after L. & It., but older pronun. kept in E.] 1. a military officer ranking above a lieutenant colonel and below a brigadier general, and corresponding to a captain in the navy ☆2. an honorary, nonmilitary title in some southern or western States —**colo′nel·cy** (-sē) *n., pl.* -**cies**

**co·lo·ni·al** (kə lō′nē əl) *adj.* 1. of or living in a colony or colonies 2. [*often* C-] of the thirteen British colonies that became the U.S., or characteristic of the styles of their period 3. made up of or having colonies —*n.* an inhabitant of a colony —**co·lo′ni·al·ly** *adv.*

**colonial animal** *same as* COMPOUND ANIMAL

**co·lo·ni·al·ism** (-iz′m) *n.* the system or policy by which a country maintains foreign colonies, esp. in order to exploit them economically —**co·lo′ni·al·ist** *n., adj.* ☆**col·o·nist** (käl′ə nist) *n.* 1. any of the original settlers or founders of a colony 2. an inhabitant of a colony

**col·o·nize** (käl′ə nīz′) *vt.* -**nized′**, -**niz′ing** 1. to found or establish a colony or colonies in 2. to settle (persons) in a colony ☆3. to place (voters) illegally in (a district) so as to influence an election —*vi.* 1. to found or establish a colony or colonies 2. to settle in a colony —**col·o·ni·za′tion** *n.* —**col′o·niz′er** *n.*

**col·on·nade** (käl′ə nād′) *n.* [Fr. < It. *colonnato* < *colonna* < L. *columna*, COLUMN] *Archit.* a series of columns set at regular intervals, usually supporting a roof or series of arches —**col′on·nad′ed** *adj.*

**col·o·ny** (käl′ə nē) *n., pl.* -**nies** [ME. *colonie* < L. *colonia* < *colonus*, farmer < *colere*, to cultivate] 1. a) a group of people who settle in a distant land but remain under the political jurisdiction of their native land  b) the region thus settled  2. a territory distant from the state having jurisdiction or control over it  3. [C-] [*pl.*] the thirteen British colonies in N. America that won their independence in the Revolutionary War and became the U.S.: they were Va., N.Y., Mass., Conn., R.I., N.H., Md., N.J., N.C., S.C., Pa., Del., and Ga.  4. a) a community of people of the same nationality or pursuits concentrated in a particular district or place (the Hungarian *colony* of Cleveland, an artists' *colony*)  b) such a district or place  5. *Bacteriology* a group of similar bacteria growing in or on a culture medium  6. *Biol.* a group of similar plants or animals living or growing together  7. *Zool.* a compound organism consisting of several to many incompletely separated individuals, as in corals, hydroids, etc.

**col·o·phon** (käl′ə fän′, -fən) *n.* [LL. < Gr. *kolophōn*, summit, top, end: for IE. base see COLUMN] 1. a notation formerly placed in a book, at the end, giving facts about its production 2. the distinctive emblem of the publisher, as on the title page or cover of a book

**col·o·pho·ny** (käl′ə fō′nē, kə läf′ə nē) *n.* [ME. *colofonie* < L. *colophonia* (*resina*) < Gr. *kolophōnia* (*rhētinē*), lit., Colophonian (resin) < *Kolophōn*, Colophon, ancient Ionian city; cf. prec.] *same as* ROSIN

**col·or** (kul′ər) *n.* [ME. & OFr. *colour* < L. *color* < OL. *colos*, orig., a covering < IE. base *\*kel-*, to conceal, hide, whence HULL†, HALL] 1. the sensation resulting from stimulation of the retina of the eye by light waves of certain lengths 2. the property of reflecting light of a particular wavelength: the distinct colors of the spectrum are red, orange, yellow, green, blue, indigo, and violet, each of these shading into the next; the *primary colors* of the spectrum are red, green, and blue, the light beams of which variously combined can produce any of the colors 3. any coloring matter; dye; pigment; paint: the *primary colors* of paints, pigments, etc. are red, yellow, and blue, which, when mixed in various ways, produce the *secondary colors* (green, orange, purple, etc.); black, white, and gray are often called colors (*achromatic colors*), although black is caused by the complete absorption of light rays, white by the reflection of all the rays that produce color, and gray by an imperfect absorption of all these rays 4. any color other than black, white, and gray; chromatic color: color is distinguished by the qualities of *hue* (as red, brown, yellow, etc.), *lightness* (for pigmented surfaces) or *brightness* (for light itself), and *saturation* (the degree of intensity of a hue) 5. color of the face; esp., a healthy rosiness or a flush 6. the color of a person's skin 7. the color of the skin of a Negro or other person not classified as Caucasian 8. [*pl.*] a colored badge, ribbon, costume, etc. that identifies the wearer 9. [*pl.*] a) a flag or banner of a country, regiment, etc.  b) the armed forces of a country, symbolized by the flag (to serve with the *colors*) 10. [*pl.*] the side that a person is on; position or opinion (stick to your *colors*) 11. outward appearance or semblance; plausibility 12. appearance of truth, likelihood, validity, or right; justifica-

tion *(the circumstances gave* color *to his contention)* 13. general nature; character *(the* color *of his mind)* 14. vivid quality or character, as in a personality, literary work, etc.: see also LOCAL COLOR  15. *Art* the way of using color, esp. to gain a total effect  16. *Law* an apparent or prima-facie right  ☆17. *Mining* a trace of gold found in panning  18. *Music a)* timbre, as of a voice or instrument; tone color *b)* elaborate ornamentation —*vt.* 1. to give color to; impregnate or cover with color, as with paint, stain, or dye  2. to change the color of  3. to give a pleasing, convincing, or reasonable appearance to; make plausible  4. to alter or influence to some degree, as by distortion or exaggeration *(prejudice* colored *his views)* —*vi.* 1. to become colored  2. to change color, as ripening fruit  3. to blush or flush —**call to the colors** 1. call or order to serve in the armed forces  2. *Mil.* a bugle call for the daily flag-raising and flag-lowering ceremonies —**change color** 1. to become pale  2. to blush or flush —**lose color** to become pale —**show one's (true) colors** 1. to reveal one's true self  2. to make one's opinions, position, etc. known —**under color of** under the pretext or guise of —**col'or·er** n.

SYN.—**color** is the general term, for which see the definition above; **shade** refers to any of the gradations of a color with reference to its degree of darkness *(a* light *shade of green)*; **hue**, often equivalent to **color**, is used specifically to indicate a modification of a basic color *(orange of a reddish* hue*)*; **tint** refers to a gradation of a color with reference to its degree of whiteness and suggests a paleness or delicacy of color *(pastel* tints*)*; **tinge** suggests the presence of a small amount of color, usually diffused throughout *(white with a* tinge *of blue)*

**col·or·a·ble** (-ə b'l) *adj.* [LL. *colorabilis*]  1. capable of being colored  2. apparently valid or plausible, but actually specious; deceptive —**col'or·a·bly** *adv.*

**Col·o·rad·o** (käl'ə rad'ō, -rä'dō) [< Sp. name of the river, *Rio Colorado*, Red River]  1. Mountain State of the W U.S.: admitted 1876; 104,247 sq. mi.; pop. 2,207,000; cap. Denver: abbrev. Colo., CO  2. river in SW U.S., flowing from N Colo. southwest through Utah & Ariz. into the Gulf of California; 1,450 mi.  3. river in Tex., flowing from the NW part southeast into the Gulf of Mexico: 840 mi. —**Col'o·rad'an, Col'o·rad'o·an** *adj., n.*

**col·o·rad·o** (käl'ə rad'ō, -rä'dō) *adj.* [Sp., red, lit., colored, pp. of *colorar* < L. *colorare* < *color*: see COLOR] of medium strength and color: said of cigars

☆**Colorado beetle** a widely distributed black-and-yellow beetle *(Leptinotarsa decemlineata)* that is a destructive pest of potatoes and other plants

**Colorado Desert** desert in SE Calif., west of the Colorado River: c. 2,000 sq. mi.

**Colorado Springs** city in C Colo.: site of the U.S. Air Force Academy; pop. 135,000

☆**col·or·ant** (kul'ər ənt) *n.* [Fr. < prp. of *colorer*, to color] anything used to give color to something else; pigment, dye, etc.

**col·or·a·tion** (kul'ə rā'shən) *n.* 1. the condition of being colored  2. the way a thing is colored  3. the technique of using colors, as in painting

**col·o·ra·tu·ra** (kul'ər ə toor'ə, -tyoor'-) *n.* [It. < L. *coloratus*, pp. of *colorare*, to color]  1. brilliant runs, trills, etc., used to display a singer's skill  2. music containing such ornamentation  3. a soprano capable of singing such music: in full **coloratura soprano**

**color bar** same as COLOR LINE

**col·or·blind** (-blīnd') *adj.* 1. unable to perceive colors or to distinguish between certain colors, as red and green  ☆2. not influenced by considerations of race —**col'or·blind'ness** n.

**col·or·cast** (-kast', -käst') *n.* [COLOR + (TELE)CAST] a television broadcast in color —*vt., vi.* **-cast'** or **-cast'ed, -cast'ing** to televise in color

**col·ored** (kul'ərd) *adj.* 1. having color  2. of a (specified) color  3. of a group other than the Caucasoid; specif., Negro  4. [C-] in South Africa, of racially mixed parentage: in this sense, usually **Coloured**  5. of or having to do with colored persons  6. altered, influenced, distorted, or exaggerated to some degree *(remarks* colored *by prejudice)* —**the colored** (or **Coloured**) colored (or Coloured) persons

**col·or·fast** (-fast', -fäst') *adj.* that will keep its original color without fading or running —**col'or·fast'ness** *n.*

**color filter** a screen of colored glass, dyed gelatin, etc., used in photography to produce certain color or light effects

**col·or·ful** (kul'ər fəl) *adj.* 1. full of color or of vivid colors  2. full of interest or variety; picturesque; vivid —**col'or·ful·ly** *adv.* —**col'or·ful·ness** *n.*

☆**color guard** the persons carrying and escorting the colors (flag) in a parade, ceremony, etc.

**col·or·if·ic** (kul'ə rif'ik) *adj.* [Fr. *colorifique*: see COLOR & -FIC]  1. producing or imparting color  2. of color

**col·or·im·e·ter** (-rim'ə tər) *n.* [< COLOR + -METER] an instrument for determining the intensity and hue of a color, as of a solution in chemical analysis, by comparing it with standard colors

**col·or·im·e·try** (-rim'ə trē) *n.* the analysis or measurement of color by means of a colorimeter —**col'or·i·met'ric** (-ər ə met'trik) *adj.* —**col'or·i·met'ri·cal·ly** *adv.*

**col·or·ing** (kul'ər iŋ) *n.* 1. the act or art of applying colors  2. anything applied to impart color; pigment, dye, stain, etc.  3. *a)* the way a thing is naturally colored; coloration *b)* the effect created by a particular use of color  4. the complexion of the skin  5. specious or false appearance  6. alteration or influence

**col·or·ist** (-ist) *n.* 1. a person who uses colors  2. an artist skillful in using colors

**col·or·is·tic** (kul'ə ris'tik) *adj.* 1. having to do with color or the use of color  2. *Music* of or characterized by an emphasis on timbre or tonal effects —**col'or·is'ti·cal·ly** *adv.*

**col·or·less** (-lis) *adj.* 1. without color  2. dull in color; gray or pallid  3. lacking variety or interest; dull —**col'or·less·ly** *adv.* —**col'or·less·ness** *n.*

☆**color line** the barrier of social, political, and economic restrictions imposed on Negroes or other nonwhites —**draw the color line** to impose or accept the color line

**color phase** 1. a variant, atypical coloration of fur, feathers, skin, etc. occurring in an individual of an animal group  2. a seasonal change in the coat or coloration of certain animals

**color sergeant** a sergeant detailed to carry the colors (flag), as in a color guard

**Co·los·sae** (kə läs'ē) city in ancient Phrygia, SW Asia Minor —**Co·los'sian** (-läsh'ən) *adj., n.*

**co·los·sal** (kə läs''l) *adj.* 1. like a colossus in size; huge; gigantic  2. [Colloq.] astonishingly great; extraordinary *(a* colossal *fool)* —SYN. see ENORMOUS —**co·los'sal·ly** *adv.*

**Col·os·se·um** (käl'ə sē'əm) [L., orig., neut. of *colosseus*, gigantic < *colossus*, COLOSSUS] an amphitheater in Rome, built c. 75–80 A.D.: much of it is still standing —**[c-]** *same as* COLISEUM

**Co·los·sians** (kə läsh'ənz) a book of the New Testament which was an epistle from the Apostle Paul to the Christians of Colossae

**co·los·sus** (kə läs'əs) *n., pl.* **-los'si** (-ī), **-los'sus·es** [ME. < L. < Gr. *kolossos*]  1. a gigantic statue; esp., [C-] that of Apollo set at the entrance to the harbor of Rhodes c. 280 B.C. and included among the seven wonders of the ancient world  2. any huge or important person or thing

**co·los·to·my** (kə läs'tə mē) *n., pl.* **-mies** [COLO(N)² + -STOMY] the surgical operation of forming an artificial anal opening in the colon

**co·los·trum** (kə läs'trəm) *n.* [L., beestings] the first fluid, rich in protein, secreted by the mammary glands for several days just after birth of the young

**col·our** (kul'ər) *n., vt., vi.* Brit. sp. of COLOR

**-co·lous** (kə ləs) [< base of L. *colere*, to cultivate, inhabit + -OUS] a combining form meaning growing (or living) in or among *(arenicolous)*

**col·pi·tis** (käl pīt'is) *n.* [< Gr. *kolpos*, womb + -ITIS] inflammation of the vagina; vaginitis

**col·por·teur** (käl'pôr'tər) *n.* [Fr., compounder; altered after *col*, the neck < OFr. *comporter*: see COMPORT] a person who goes from place to place distributing or selling Bibles, religious tracts, etc. —**col'por'tage** (-tij) *n.*

**colt** (kōlt) *n.* [ME. & OE. < ? IE. *gel-d* < base *gel-*, to form a ball, rounded, whence CALF², CHILD]  1. a young male horse, donkey, etc.; specif., a male racehorse four years of age or under  2. a young, inexperienced person  3. *Naut.* a rope knotted at the end, formerly used for flogging

**Colt** (kōlt), Samuel 1814–62; U.S. inventor of a type of revolver

**col·ter** (kōl'tər) *n.* [ME. *culter* < OFr. *coltre* or OE. *culter*, both < L. *culter*, plowshare < IE. base *(s)kel-*, to cut, whence SHOULDER, SHIELD] a blade or disk on a plow, for making vertical cuts in the soil

**colt·ish** (kōl'tish) *adj.* of or like a colt; esp., frisky, frolicsome, etc. —**colt'ish·ly** *adv.*

**colts·foot** (kōlts'foot') *n., pl.* **-foots** a plant *(Tussilago farfara)* of the composite family, with heads of small, yellow flowers and large leaves whose shape suggests the impression of a colt's foot

**col·u·brine** (käl'yoo brīn', -brin) *adj.* [L. *colubrinus* < *coluber*, serpent: see COLON¹]  1. of, characteristic of, or like a snake  2. of any of a large, widespread family (Colubridae) of nonpoisonous snakes

**co·lu·go** (kə loo'gō) *n., same as* FLYING LEMUR

**Col·um** (käl'əm), **Pad·raic** (pô'drig) 1881–1972; Ir. poet and playwright, in the U.S.

**Co·lum·ba** (kə lum'bə), **Saint** 521–597 A.D.; Ir. missionary: converted Scotland to Christianity: his day is June 9

**col·um·ba·ri·um** (käl'əm ber'ē əm) *n., pl.* **-ri·a** (-ə) [L., lit., dovecote < *columba*, dove, orig., gray bird (< IE. base *kel-*, *käl-*, grayish color); akin to Gr. *chelainos*, black]  ☆1. a vault with niches for urns containing the ashes of cremated bodies  2. such a niche  3. *same as* COLUMBARY

**col·um·bar·y** (käl'əm ber'ē) *n., pl.* **-bar'ies** [ME. *columbare* < L. *columbarium*: see prec.] a shelter for pigeons or doves; dovecote

☆**Co·lum·bi·a** (kə lum'bē ə, -byə) [after Christopher COLUMBUS]  1. [Poet.] the U.S. personified as a woman  2. capital of S.C., on the Congaree River: pop. 114,000  3. city in C Mo.: pop. 59,000  4. [after the name of the first ship to enter it (1792)] river flowing from SE British Columbia,





# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2000 by Merriam-Webster, Incorporated

Philippines Copyright 2000 by Merriam-Webster, Incorporated


Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
        p.     cm.
   Includes index.
   ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe indexed : alk. paper). — ISBN 0-87779-707-2 (laminated cover, unindexed).
   1. English language—Dictionaries.   I. Merriam-Webster, Inc.
PE1628.M36    1998
423—dc21                        97-41846
                                 CIP


Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

28293031RT:WC00

Case 1:07-cv-06233-PKC    Document 49-10    Filed 05/23/2008    Page 9 of 9

**col·lop** \ˈkä-ləp\ n [ME] (14c)  **1** : a small piece or slice esp. of meat  **2** : a fold of fat flesh

**col·lo·qui·al** \kə-ˈlō-kwē-əl\ adj (1751)  **1** : of or relating to conversation : CONVERSATIONAL  **2 a** : used in or characteristic of familiar and informal conversation; also : unacceptably informal  **b** : using conversational style — **colloquial** n — **col·lo·qui·al·i·ty** \ˌlō-kwē-ˈa-lə-tē\ n — **col·lo·qui·al·ly** \ˈlō-kwē-ə-lē\ adv

**col·lo·qui·al·ism** \ˈlō-kwē-ə-ˌli-zəm\ n (1810)  **1 a** : a colloquial expression  **b** : a local or regional dialect expression  **2** : colloquial style

**col·lo·quist** \ˈkä-lə-kwist\ n (1792) : SPEAKER

**col·lo·qui·um** \kə-ˈlō-kwē-əm\ n, pl **-qui·ums** or **-quia** \-kwē-ə\ [L, colloquy] (1844) : a usu. academic meeting at which specialists deliver addresses on a topic or on related topics and then answer questions relating to them

**col·lo·quy** \ˈkä-lə-kwē\ n, pl **-quies** [L colloquium, fr. colloqui to converse, fr. com- + loqui to speak] (15c)  **1** : CONVERSATION, DIALOGUE  **2** : a high-level serious discussion : CONFERENCE

**col·lo·type** \ˈkä-lə-ˌtīp\ n [ISV] (1883)  **1** : a photomechanical process for making prints directly from a hardened film of gelatin or other colloid that has ink-receptive and ink-repellent parts  **2** : a print made by collotype

**col·lude** \kə-ˈlüd\ vi **col·lud·ed; col·lud·ing** [L colludere, fr. com- + ludere to play, fr. ludus game — more at LUDICROUS] (1535) : CONSPIRE, PLOT

**col·lu·sion** \kə-ˈlü-zhən\ n [ME, fr. MF, fr. L collusion-, collusio, fr. colludere] (14c) : secret agreement or cooperation esp. for an illegal or deceitful purpose — **col·lu·sive** \-ˈlü-siv, -ziv\ adj — **col·lu·sive·ly** adv

**col·lu·vi·um** \kə-ˈlü-vē-əm\ n, pl **-via** \-vē-ə\ or **-vi·ums** [NL, fr. ML, offscourings, alter. of L colluvies, fr. colluere to wash, fr. com- + lavere to wash — more at LYE] (ca. 1936) : rock detritus and soil accumulated at the foot of a slope — **col·lu·vi·al** \-vē-əl\ adj

**col·ly** \ˈkä-lē\ vt **col·lied; col·ly·ing** [alter. of ME colwen, fr. (assumed) OE colgian, fr. OE col coal] (1590) dial chiefly Brit : to blacken with or as if with soot

**col·lyr·i·um** \kə-ˈlir-ē-əm\ n, pl **-ia** \-ē-ə\ or **-i·ums** [ME collirium, fr. L collyrium, fr. Gk kollyrion pessary, eye salve, fr. dim. of kollyra roll of bread] (14c) : EYEWASH  **1**

**col·ly·wob·bles** \ˈkä-lē-ˌwä-bəlz\ n pl but sing or pl in constr [perh. by folk etymology fr. NL cholera morbus, the disease cholera] (ca. 1823) : BELLYACHE

**colo—** see COL-

**col·o·bus monkey** \ˈkä-lə-bəs-\ n [NL colobus, fr. Gk kolobos docked, mutilated, fr. kolos docked; prob. akin to Gk klan to break — more at CLAST] (1889) : any of various long-tailed African monkeys (genus Colobus and related genera) — called also colobus

**col·o·cate** \(ˌ)kō-ˈlō-ˌkāt, -lō-ˈkāt\ vt (1965) : to locate together; esp : to place (two or more units) close together so as to share common facilities

**col·o·cynth** \ˈkä-lə-ˌsin(t)th\ n [L colocynthis, fr. Gk kolokynthis] (1543) : a Mediterranean and African herbaceous vine (Citrullus colocynthis) related to the watermelon; also : its spongy fruit from which a powerful cathartic is prepared

**co·log·a·rithm** \(ˌ)kō-ˈlo-gə-ˌri-thəm, -ˈlä-\ n (1881) : the logarithm of the reciprocal of a number

**co·logne** \kə-ˈlōn\ n [Cologne, Germany] (1814)  **1** : a perfumed liquid composed of alcohol and fragrant oils  **2** : a cream or paste of cologne sometimes formed into a semisolid stick — **co·logned** \-ˈlōnd\ adj

**co·lon** \ˈkō-lən\ n, pl **colons** or **co·la** \-lə\ [ME, fr. L, fr. Gk kolon] (14c) : the part of the large intestine that extends from the cecum to the rectum — **co·lon·ic** \kō-ˈlä-nik, kə-\ adj

**¹co·lon** n, pl **colons** or **co·la** \-lə\ [L, part of a poem, fr. Gk kōlon limb, part of a strophe] (ca. 1550)  **1** pl cola : a rhythmical unit of an utterance; specif, in Greek or Latin verse : a system or series of from two to not more than six feet having a principal accent and forming part of a line  **2** pl colons : a punctuation mark : used chiefly to direct attention to matter (as a list, explanation, or quotation) that follows  **b** : the sign : used between the parts of a numerical expression of time in hours and minutes (as in 1:15) or in hours, minutes, and seconds (as in 8:25:30), in a bibliographical reference (as in Nation 130:20), in a ratio where it is usu. read as "to" (as in 4:1 read "four to one"), or in a proportion where it is usu. read as "is to" or when doubled as "as" (as in 2:1::8:4 read "two is to one as eight is to four")

**²co·lon** \kō-ˈlōⁿ, kə-ˈlōn\ n [F, fr. L colonus] (1888) : a colonial farmer or plantation owner

**co·lón** also **co·lone** \kə-ˈlōn\ n, pl **co·lo·nes** \-ˈlō-ˌnäs\ [Sp colón, fr. Cristóbal Colón Christopher Columbus] (1916) — see MONEY table

**colon bacillus** n (ca. 1909) : E. COLI

**col·o·nel** \ˈkər-nᵊl\ n [alter. of coronel, fr. MF, modif. of OIt colonnello column of soldiers, colonel, fr. colonna column, fr. L columna] (1548)  **1 a** : a commissioned officer in the army, air force, or marine corps ranking above a lieutenant colonel and below a brigadier general  **b** : LIEUTENANT COLONEL  **2** : a minor titular official of a state esp. in southern or midland U.S. — used as an honorific title — **col·o·nel·cy** \-nᵊl-sē\ n

**Colonel Blimp** \-ˈblimp\ n [Colonel Blimp, cartoon character created by David Low (1937) : a pompous person with out-of-date or ultraconservative views; broadly : REACTIONARY — **Colonel Blimp·ism** \-ˈbli·m-pi-zəm\ n

**¹co·lo·nial** \kə-ˈlō-nē-əl, -nyəl\ adj (1776)  **1** : of, relating to, or characteristic of a colony  **2** often cap : of or relating to the original 13 colonies forming the United States: as  **a** : made or prevailing in America during the colonial period ⟨∼ architecture⟩  **b** : adapted from or reminiscent of an American colonial mode of design ⟨∼ furniture⟩  **3** : forming or existing in a colony ⟨∼ organisms⟩  **4** : possessing or composed of colonies ⟨a ∼ empire⟩ — **co·lo·nial·ize** \-ˌnē-ə-ˌlīz, -nyə-ˌlīz\ vt — **co·lo·nial·ly** adv — **co·lo·nial·ness** n

**²co·lo·nial** n (1798)  **1** : a member or inhabitant of a colony  **2 a** : a product made for use in a colony  **b** : a product (as a house) exhibiting colonial style

**co·lo·nial·ism** \kə-ˈlō-nē-ə-ˌli-zəm, -nyə-ˌli-\ n (1853)  **1** : the quality or state of being colonial  **2** : something characteristic of a colony  **3 a** : control by one power over a dependent area or people  **b** : a policy advocating or based on such control — **co·lo·nial·ist** \-list\ n or adj — **co·lo·nial·is·tic** \-ˌlō-nē-ə-ˈlis-tik, -nyə-ˈlis-\ adj

**¹co·lon·ic** \kō-ˈlä-nik, kə-\ adj (ca. 1885) : of or relating to the colon or the intestine

**²colonic** n (1939) : irrigation of the colon : ENEMA

**col·o·ni·sa·tion, col·o·nise** Brit var of COLONIZATION, COLONIZE

**col·o·nist** \ˈkä-lə-nist\ n (1701)  **1** : a member or inhabitant of a colony  **2** : one that colonizes or settles in a new country

**col·o·ni·za·tion** \ˌkä-lə-nə-ˈzā-shən\ n (1770) : an act or instance of colonizing — **col·o·ni·za·tion·ist** \-sh(ə-)nist\ n

**col·o·nize** \ˈkä-lə-ˌnīz\ vb **-nized; -niz·ing** vt (1622)  **1 a** : to establish a colony in or on or of  **b** : to establish in a colony  **2** : to send illegal or irregularly qualified voters into ⟨colonizing doubtful districts⟩  **3** : to infiltrate with usu. subversive militants for propaganda and strategy reasons ⟨∼ industries⟩ ∼ vi  **1** : to make or establish a colony : SETTLE  **2** : to form a colony — **col·o·niz·er** n

**col·on·nade** \ˌkä-lə-ˈnäd\ n [F, fr. It colonnato, fr. colonna column] (1718) : a series of columns set at regular intervals and usu. supporting the base of a roof structure — **col·on·nad·ed** \-ˈnä-dəd\ adj

**col·o·nus** \kə-ˈlō-nəs\ n, pl **-ni** \-ˌnī, -(ˌ)nē\ [L, lit., farmer] (1888) : a free-born serf in the later Roman Empire who could supervise his own property but who was bound to the land and obliged to pay a rent usu. in produce

**col·o·ny** \ˈkä-lə-nē\ n, pl **-nies** [ME colonie, fr. MF & L; MF, fr. L colonia, fr. colonus farmer, colonist, fr. colere to cultivate — more at WHEEL] (14c)  **1 a** : a body of people living in a new territory but retaining ties with the parent state  **b** : the territory inhabited by such a body  **2** : a distinguishable localized population within a species ⟨∼ of termites⟩  **3 a** : a circumscribed mass of microorganisms usu. growing in or on a solid medium  **b** : the aggregation of zooids of a compound animal  **4 a** : a group of individuals or things with common characteristics or interests situated in close association ⟨an artist ∼⟩  **b** : the section occupied by such a group  **5** : a group of persons institutionalized away from others ⟨a leper ∼⟩ ⟨a penal ∼⟩; also : the land or buildings occupied by such a group

**colo·ny-stimulating factor** n (1969) : any of several glycoproteins that promote the differentiation of stem cells esp. into blood granulocytes and macrophages and that stimulate their proliferation into colonies in culture

**col·o·phon** \ˈkä-lə-fən, -ˌfän\ n [L, fr. Gk kolophōn summit, finishing touch; perh. akin to L culmen top — more at HILL] (1774)  **1** : an inscription placed at the end of a book or manuscript usu. with facts relative to its production  **2** : an identifying device used by a printer or a publisher

**co·lo·pho·ny** \kə-ˈlä-fə-nē, ˈkä-lə-ˌfō-\ n, pl **-nies** [ME colophonie, ultim. fr. Gk Kolophōn Colophon, an Ionian city] (14c) : ROSIN

**¹col·or** \ˈkə-lər\ n, often attrib [ME colour, fr. OF, fr. L color; akin to L celare to conceal — more at HELL] (13c)  **1 a** : a phenomenon of light (as red, brown, pink, or gray) or visual perception that enables one to differentiate otherwise identical objects  **b** : the aspect of objects and light sources that may be described in terms of hue, lightness, and saturation for objects and hue, brightness, and saturation for light sources  **c** : a hue as contrasted with black, white, or gray  **2 a** : an outward often deceptive show ⟨a APPEARANCE ⟨his story has the ∼ of truth⟩  **b** : a legal claim to or appearance of a right, authority, or office ⟨a pretense offered as justification : PRETEXT ⟨she could have drawn from the Versailles treaty the ∼ of legality for any action she chose —Yale Rev.⟩  **d** : an appearance of authenticity : PLAUSIBILITY ⟨lending ∼ to this notion⟩  **3** : complexion tint:  **a** : the tint characteristic of good health  **b** : BLUSH  **4 a** : vividness or variety of effects of language  **b** : LOCAL COLOR  **5 a** : an identifying badge, pennant, or flag — usu. used in pl. ⟨a ship sailing under Swedish ∼s⟩  **b** : colored clothing distinguishing one as a member of a particular group or representative of a particular person or thing — usu. used in pl. ⟨a jockey wearing the ∼s of the stable⟩  **6 a** pl : position as to a question or course of action : STAND ⟨the USSR changed neither its ∼ nor its stripes during all of this —Norman Mailer⟩  **b** : CHARACTER, NATURE — usu. used in pl. ⟨showed himself in his true ∼s⟩  **7 a** : the use or combination of colors  **b** : two or more hues employed in a medium of presentation ⟨movies in ∼⟩ ⟨∼ television⟩  **8** pl : a naval or nautical salute to a flag being hoisted or lowered  **b** : ARMED FORCES  **9** : VITALITY, INTEREST ⟨the play had a good deal of ∼ to it⟩  **10** : something used to give color : PIGMENT  **11** : the quality of timbre in music ⟨the ∼ and richness of the cello⟩  **12** : skin pigmentation esp. other than white characteristic of race ⟨a sportscaster to give variety and interest to the broadcast of a game or contest  **15** : a hypothetical property of quarks that differentiates each type into three forms having a distinct role in binding quarks together — **col·or·ism** \-lə-ˌri-zəm\ n

**²color** vt (14c)  **1 a** : to give color to  **b** : to change the color of (as by dyeing, staining, or painting)  **2** : to change as if by dyeing or painting: as  **a** : MISREPRESENT, DISTORT  **b** : GLOSS, EXCUSE ⟨∼ a lie⟩  **c** : INFLUENCE ⟨the lives of most of us have been ∼ed by politics —Christine Weston⟩  **3** : CHARACTERIZE, LABEL ⟨call it progress; ∼ it inevitable with shades of job security —C. E. Price⟩ ∼ vi  **1** : to take on color; specif : BLUSH — **col·or·er** \ˈkə-lər-ər\ n

**col·or·able** \ˈkə-lə-rə-bəl, ˈkəl-rə-\ adj (14c)  **1** : seemingly valid or genuine  **2** : intended to deceive : COUNTERFEIT — **col·or·ably** \-blē\ adv

**Col·o·ra·do blue spruce** \ˌkä-lə-ˈra-dō-, -ˈrä-\ n [Colorado, state of the U.S.] (1897) : BLUE SPRUCE

**Colorado potato beetle** n (1868) : a black-and-yellow striped beetle (Leptinotarsa decemlineata) that feeds on the leaves of the potato — called also potato beetle, potato bug

**col·or·ant** \ˈkə-lə-rənt\ n (1884) : a substance used for coloring a material : DYE, PIGMENT

**col·or·a·tion** \ˌkə-lə-ˈrā-shən\ n (1617)  **1 a** : the state of being colored ⟨the dark ∼ of his skin⟩  **b** : use or choice of colors (as by an artist)  **c** : arrangement of colors ⟨the ∼ of a butterfly's wing⟩  **2 a** : characteristic quality ⟨the newspapers . . . took on the former ∼ of the magazine —L. B. Seltzer⟩  **b** : aspect suggesting an attitude : PERSUASION ⟨the chameleon talent for taking on the



Colorado potato beetle