# EXHIBIT F

60720911

06/07/00

| Class | Subclass |
|-------|----------|
| | |

ISSUE CLASSIFICATION

**PROVISIONAL
APPLICATION
NUMBER**



Form PTO-1625
(Rev. 6/99)

(FACE)

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

06/09/2000 EHAMMOND 00000063 60209771
01 FC:214                    75.00 OP

PTO-1556
(5/87)
*U.S. GPO: 1999-459-082/19144



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

Bib Data Sheet

| SERIAL NUMBER 60/209,771 | FILING DATE 06/07/2000 RULE _ | CLASS – | GROUP ART UNIT – | ATTORNEY DOCKET NO. 1179 |
|---|---|---|---|---|

**APPLICANTS**

Ilan Ben-David, Rosh Ha'ayin, ISRAEL;

** CONTINUING DATA ************************

** FOREIGN APPLICATIONS *****************

IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** 08/29/2000        ** SMALL ENTITY **

| Foreign Priority claimed ☐ yes ☐ no<br>35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance<br>Verified and Acknowledged    Examiner's Signature    Initials | STATE OR COUNTRY ISRAEL | SHEETS DRAWING 1 | TOTAL CLAIMS – | INDEPENDENT CLAIMS – |
|---|---|---|---|---|

**ADDRESS**

AIR MAIL

Edward Langer
POB 410
Giron Center 312
Raanana ,_ _
ICELAND

**TITLE**

High gamut video display

| FILING FEE RECEIVED 75 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |



EDWARD LANGER, B.S.E.E., M.B.A., J.D.

ADVOCATE & PATENT ATTORNEY

312 GIRON CENTER, P.O.B. 410 RAANANA 43103 ISRAEL
TEL: 972-9-7713585 FAX: 972-9-7713593 E-MAIL: edlanger@netvision.net.il

Date: 5 June 2000

The Commissioner of Patents and Trademarks
Box Patent Application
Washington, D. C. 20231
U.S.A.

Sir:

Enclosed herewith for filing is the following utility patent application: (PROVISIONAL)

Applicant: BEN-DAVID, Ilan

Title of Application: A HIGH GAMUT VIDEO DISPLAY

Pages of specification: 3 ( + 1 pp. of claims XXXXXXXXXXXXXX)

Sheets of drawing: 1

Executed on: 5 June 2000    Docket No.: 1179

TOTAL FILING FEE    $75.00

A check in the amount of the total filing fee is enclosed herewith.

Also enclosed herewith for filing in connection with the enclosed are:

____ Oath;
__x__ XXXXXXXXXX Provisional Cover Sheet
____ Disclosure Statement;
____ Letter referencing previously filed disclosure document; number _____ filed _____;
__x__ Verified Statement claiming small entity status;
____ An assignment of the application to: _____;
____ Claim(s) to priority
____ A certified copy of a _____ patent application or inventor's certificate, filed _____ and serial no. _____, upon which a claim to priority is made;
____ Other: _____

Respectfully submitted,

Edward Langer, Attorney
Reg. No. 30,564

MEMBER OF ISRAEL & PENNSYLVANIA BARS
REGISTERED TO PRACTICE BEFORE ISRAEL AND U.S. PATENT OFFICES

Please type a plus sign (+) inside □ = box ──→ 🞧

PTO/SB/16 (2-98)
Approved for use ʃ  ⟍01/31/2001.  OMB 0651-0037
Patent and Trademark Office;  ⟍EPARTMENT OF COMMERCE

Under the Paperwork Reduction ...ct of 1995, no persons are required to respond to a collec... ʃ information unless it displays a valid OMB control number.

# PROVISIONAL APPLICATION FOR PATENT COVER SHEET
### This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53 (c).

## INVENTOR(S)

| Given Name (first and middle (if any)) | Family Name or Surname | Residence (City and either State or Foreign Country) |
|---|---|---|
| Ilan | BEN-DAVID | Rosh Ha'ayin, Israel |

☐  *Additional inventors are being named on the ___ separately numbered sheets attached hereto*

## TITLE OF THE INVENTION (280 characters max)

A HIGH GAMUT VIDEO DISPLAY

## CORRESPONDENCE ADDRESS

*Direct all correspondence to:*

☐ Customer Number [_____]  ──→   *Place Customer Number Bar Code Label here*

OR                              *Type Customer Number here*

| ☒ Firm or Individual Name | Edward Langer |
|---|---|
| Address | POB 410 |
| Address | Giron Center 312 |
| City | Raanana | State | | ZIP | |
| Country | Israel | Telephone 972-9-7713585 | Fax 972-9-7713593 |

## ENCLOSED APPLICATION PARTS (check all that apply)

| ☒ Specification *Number of Pages* | 3 | ☒ Small Entity Statement |
|---|---|---|
| ☒ Drawing(s) *Number of Sheets* | 1 | ☐ Other (specify) [_____] |

## METHOD OF PAYMENT OF FILING FEES FOR THIS PROVISIONAL APPLICATION FOR PATENT (check one)

☒ A check or money order is enclosed to cover the filing fees

☐ The Commissioner is hereby authorized to charge filing fees or credit any overpayment to Deposit Account Number: [_____]

FILING FEE AMOUNT ($)
$75.00

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.
☒ No.
☐ Yes, the name of the U.S. Government agency and the Government contract number are:_____

*Respectfully submitted,*

SIGNATURE _[signature]_                Date [06/05/00]

TYPED or PRINTED NAME  Edward Langer

TELEPHONE  972-9-7713585 (Israel)

REGISTRATION NO. (If appropriate)  30,564

Docket Number:  1179

# USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT

This collection of information is required by 37 CFR 1.51. The information is used by the public to file (and by the PTO to process) a provisional application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the complete provisional application to the PTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, D.C., 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Box Provisional Application, Assistant Commissioner for Patents, Washington, D.C., 20231.

Date : 19–05–2000

Title: <u>A High Gamut Video Display</u>

Inventor: Ilan Ben-David, 55 Paamon st. , Rosh Haayin , ISRAEL 40800

Reference :  Gary G. Field , Color and its Reproduction ,GATFPress ,1999

**Background:**

Video displays are used to display digital data, the digital file is represented in
a form of image data to be displayed. Today's video display systems are
using additive color system based on the addition of 3 the primary colors red ,
green and blue . By mixing different proportion of the primary colors the
different colors are created. The volume in color space that a device can
display is called color gamut of the device.
While electronic display devices are based on different technologies (CRT's,
LED, LCD projectors and more) they all use the same principals of the
additive RGB color system. Due to limitations in the primary colors spectral
response, existing display devices can not show the full range of colors the
human eye can see. Colors that can not be reproduced on the display device
are called out of Gamut colors.
Another problem of the electronic display devices is that they are based on
emitting radiation from the display to the viewer's eye. In contrast, most
natural objects are reflective and their color appearance is highly dependent
on the lighting environment i.e. light source properties.
This means that color match could be achieved between an object and color
display only under strictly controlled viewing conditions (impossible constraint
in most cases). One way to over come this is to have a correction mechanism
to compensate for different light sources. This solution although possible is
based on using different mathematical color transformation on the image data
for each lighting condition, again a very unfeasible solution in the real world,
where lighting condition change from room to room and in different position in
the same room.

**The solution**

A new display device based on the following principals:

1. Passing white light through color filters creates the primary colors. The
   white light can be controlled independently both in intensity and spectrum.
2. The number of filters used to create the primary color is more then 3. (In
   the preferred embodiment, 7 filters are used ( red , green , blue , cyan
   magenta and white ) .
3. Spatial light modulator technology  (such as LCD (liquid crystal display) or
   DMD (deformble  mirror device) ) is used to create the image. Each color

frame is composed from monochrome frames as the number of colors. For example in a 7 primary color display, 7 monochrome frame are generated.

4. The RGB or CMYK image file is transformed into a right number of color components .For example, In case of 7 color display the transformation is based on Neugebauer equations (see reference page 407). On the general case a M to N look up table transformation is used where M is the number of primary color in the image file and N is the number of primary colors in the display.

The suggested solution has the following advantages:

1. Large color gamut compared to conventional RGB displays.
2. Using color filters allows freedom in selecting primary colors. This allows selecting color filters that can accurately simulate painting and printing process by using the same spectral characteristics as the primary color used in the "real" world specific process.
3. By controlling the white light source both in intensity and spectrum, compensation for different lighting conditions is done easily. This compensation is done on the device itself and not on the image file and it follows the physical process that exists in nature.

**Implementation**
The system is composed from two major parts:
1. Color transformation module.
2. Display module.

Color transformation module

This module which is part of the display s/w driver converts the file from RGB color coordinates (or CMYK in case of a graphic arts file) to the color coordinates of the display . In the special but  important case of 7 color display with the primary colors are red , green , blue , cyan , magenta , yellow and white . The transformation is based on Neugebauer equation and their improvements (see reference page 407) . This module replace the existing color management module in the operating system for screen display (ColorSync in apple computers Mac OS operating system and ICM in Microsoft windows operating system) . An alternative solution will be to have the display color transformation module on the video board. This allows performing some of the calculation in h/w reducing the time needed to make the transformation. This also makes the structure of the new display transparent to the host computer.

Display module

In the heart of the display module sits the projection engine . This projection engine receives the data for the different colors and project the light

accordingly . The projection engine can be designed in many different ways. The two major options are:

1.Having a separate spatial light modulator for each color (typical RGB device employing this principal is EPSON EMP-500 multimedia projector) implementing the same concept to 7 color is straightforward extension on the same design principals.  This method is not optimal for the design of a 7 color display due to high part count and complex and sensitive optical alignment.

2. Using one special light modulator and be sequentially illuminating it with the primary colors and displaying in synchronization the monochrome image corresponding to the specific primary color ( a typical RGB device employing this principal is DP X16 by DAVIS , Norway ) . This configuration shown in Fig 1.  is the preferred embodiment for the 7 color display device, it enjoys low part count and simpler optical alignment (see fig 1).

Combinations of the above methods (several SLM's each projects more then one primary color) are also possible and are being used in some RGB projection devices.

The light emitted from the projection engine can be projected on a screen or on opal glass for rear or front viewing.


Claim:

1. A video display device employing more then 3 primary colors to create color images.

PTO/SB/09 (12-9?)
~ived for use through 9/30/00  OMB 0651-003?
Office. U.S. DEPARTMENT OF COMMERCE
Patent and Tra    .n unless it displays a valid OMB control number
Under the Paperwork Reduction Ac     ,95 no persons are required to respond to a collection of inf.

| STATEMENT CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) & 1.27(b))—INDEPENDENT INVENTOR | Docket Number (Optional) 1179 |
|---|---|

Applicant, Patentee, or Identifier: **BEN-DAVID, ILAN** _____

Application or Patent No.: _____

Filed or Issued: _____

Title: __A HIGH GAMUT VIDEO DISPLAY_____

As a below named inventor, I hereby state that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees to the Patent and Trademark Office described in:

[X] the specification filed herewith with title as listed above.

[ ] the application identified above.

[ ] the patent identified above.

I have not assigned, granted, conveyed, or licensed, and am under no obligation under contract or law to assign, grant, convey, or license, any rights in the invention to any person who would not qualify as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern, or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

[X] No such person, concern, or organization exists.

[ ] Each such person, concern, or organization is listed below.

Separate statements are required from each named person, concern, or organization having rights to the invention stating their status as small entities. (37 CFR 1.27)

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

| Ilan BEN-DAVID | | |
|---|---|---|
| NAME OF INVENTOR | NAME OF INVENTOR | NAME OF INVENTOR |
| Signature of inventor | Signature of inventor | Signature of inventor |
| June 5, 2000 | | |
| Date | Date | Date |

Burden Hour Statement  This form is estimated to take 0.2 hours to complete.  Time will vary depending upon the needs of the individual case  Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office Washington, DC  20231  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231



Fig 1.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# REQUEST FOR ACCESS TO ~ N ABANDONED APPLICATION UNDER 37 CFR 1.14

|  | In re Application of |  |
|---|---|---|
| Bring completed form to:<br>File Information Unit<br>Crystal Plaza Three, Room 1D01<br>2021 South Clark Place<br>Arlington, VA<br>Telephone: (703) 308-2733<br><br>**RECEIVED**<br>JUN 0 3 2005<br>File Information Unit | Application Number<br>60/209.771 | Filed<br>Jun. 7, 2000 |
| | | Paper No. #2 |

I hereby request access under 37 CFR 1.14(a)(1)(iv) to the application file record of the above-identified ABANDONED application, which is identified in, or to which a benefit is claimed, in the following document (as shown in the attachment):

United States Patent Application Publication No. 2004/0100589 page, _____ line _____,

United States Patent Number _____, column _____, line, _____ or

WIPO Pub. No._____, page _____, line _____

---

**Related Information about Access to Pending Applications (37 CFR 1.14):**
Direct access to pending applications is not available to the public but copies may be available and may be purchased from the Office of Public Records upon payment of the appropriate fee (37 CFR 1.19(b)), as follows:
For published applications that are still pending, a member of the public may obtain a copy of:
    the file contents;
    the pending application as originally filed; or
    any document in the file of the pending application.
For unpublished applications that are still pending:
(1) If the benefit of the pending application is claimed under 35 U.S.C. 119(e), 120, 121, or 365 in another application that has: (a) issued as a U.S. patent, or (b) published as a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
    the file contents;
    the pending application as originally filed; or
    any document in the file of the pending application.
(2) If the application is incorporated by reference or otherwise identified in a U.S. patent, a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
    the pending application as originally filed.

---

_____
Signature

**SHAHAB GHAYOUR**
Typed or printed name

_____
Registration Number, if applicable

(703) 521-1010
Telephone Number

06-03-2005
Date

**FOR PTO USE ONLY**

Approved by _____ (Initials) Bryant
**File Information Unit**

Unit: _____

This collection of information is required by 37 CFR 1.14. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. BRING TO: File Information Unit, Crystal Plaza Three, Room 1D01, 2021 South Clark Place, Arlington, VA.

PTO/SB/68 (08-03)
Ap___ ed for use through 7/31/2006. OMB 0651-0001
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN ABANDONED APPLICATION UNDER 37 CFR 1.14

| | In re Application of |
|---|---|
| Bring completed form to:<br>File Information Unit<br>Crystal Plaza Three, Room 1D01<br>2021 South Clark Place<br>Arlington, VA<br>Telephone: (703) 308-2733<br><br>**RECEIVED**<br>AUG 3 0 2006<br>File Information Unit | Application Number: *60-209771*  Filed *6-7-00*<br><br>Paper No. *3* |

I hereby request access under 37 CFR 1.14(a)(1)(iv) to the application file record of the above-identified ABANDONED application, which is identified in, or to which a benefit is claimed, in the following document (as shown in the attachment):

United States Patent Application Publication No. _____, page, _____ line _____,

United States Patent Number *6870523*, column _____, line, _____ or

WIPO Pub. No. _____, page _____, line _____.

---

### Related Information about Access to Pending Applications (37 CFR 1.14):

Direct access to pending applications is not available to the public (see 37 CFR 1.14(c) if applicant) but copies may be available and may be purchased from the Office of Public Records upon payment of the appropriate fee (37 CFR 1.19(b)), as follows:

For published applications that are still pending, a member of the public may obtain a copy of:
    the file contents;
    the pending application as originally filed; or
    any document in the file of the pending application.

For unpublished applications that are still pending:
(1)  If the benefit of the pending application is claimed under 35 U.S.C. 119(e), 120, 121, or 365 in another application that has: (a) issued as a U.S. patent, or (b) published as a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
    the file contents;
    the pending application as originally filed; or
    any document in the file of the pending application.
(2)  If the application is incorporated by reference or otherwise identified in a U.S. patent, a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
    the pending application as originally filed.

---

| | |
|---|---|
| *Darlene Jones*<br>Signature | *8/30/06*<br>Date |
| *Darlene Jones*<br>Typed or printed name | **FOR PTO USE ONLY**<br>Approved by: **RECEIVED**<br>(initials)<br>Unit: AUG 3 0 2006<br>File Information Unit |
| _____<br>Registration Number, if applicable | |
| *(703) 418-0330*<br>Telephone Number | |

This collection of information is required by 37 CFR 1.14. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. BRING TO: File Information Unit, Crystal Plaza Three, Room 1D01, 2021 South Clark Place, Arlington, VA.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/68 (09-06)
Approved for use through 3/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN ABANDONED APPLICATION UNDER 37 CFR 1.14

Bring completed form to:
File Information Unit, Room 2E04
2900 Crystal Drive
Arlington, VA 22202-3514

**RECEIVED MAR 2 2 2007**
**File Information Unit**

Telephone: (703) 308-2733

In re Application of

| Application Number | Filed |
|---|---|
| 60/ 209771 | 6/7/00 |

Paper No. _#4_

I hereby request access under 37 CFR 1.14(a)(1)(iv) to the application file record of the above-identified ABANDONED application, which is not within the file jacket of a pending Continued Prosecution Application (CPA) (37 CFR 1.53(d)) and which is identified in, or to which a benefit is claimed, in the following document (as shown in the attachment):

United States Patent Application Publication No. _____, page, _____ line _____,

United States Patent Number _6870523_, column _____, line, _____ or

WIPO Pub. No._____, page _____, line _____.

---

### Related Information About Access to Applications Maintained in the Image File Wrapper System (IFW) and Access to Pending Applications in General

A member of the public, acting without a power to inspect, cannot order applications maintained in the IFW system through the FIU. If the member of the public is entitled to a copy of the application file, then the file is made available through the Public Patent Application Information Retrieval system (Public PAIR) on the USPTO internet web site (www.uspto.gov). Terminals that allow access to Public PAIR are available in the Public Search Room. The member of the public may also be entitled to obtain a copy of all or part of the application file upon payment of the appropriate fee. Such copies must be purchased through the Office of Public Records upon payment of the appropriate fee (37 CFR 1.19(b)).

For published applications that are still pending, a member of the public may obtain a copy of:
the file contents; the pending application as originally filed; or any document in the file of the pending application.

For unpublished applications that are still pending:
(1) If the benefit of the pending application is claimed under 35 U.S.C. 119(e), 120, 121, or 365 in another application that has: (a) issued as a U.S. patent, or (b) published as a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of: the file contents; the pending application as originally filed; or any document in the file of the pending application.
(2) If the application is incorporated by reference or otherwise identified in a U.S. patent, a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of the pending application as originally filed.

---

| _Steve J Diley_ | 3/22/07 |
|---|---|
| Signature | Date |
| _Steve J Diley_ | |
| Typed or printed name | |
| | **FOR PTO USE ONLY** **RECEIVED** |
| | Approved by: _MAR 2 2 2007_ |
| Registration Number, if applicable | (initials) |
| _703-416-0366_ | Unit: _File Information Unit_ |
| Telephone Number | |

This collection of information is required by 37 CFR 1.11 and 1.14. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. BRING TO: File Information Unit, Room 2E04, 2900 Crystal Drive, Arlington, Virginia.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/68 (04-07)
Approved for use through 9/30/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN ABANDONED APPLICATION UNDER 37 CFR 1.14

*Bring completed form to:*
File Information Unit, Room 2E04
2900 Crystal Drive
Arlington, VA 22202-3514

Telephone: (703) 308-2733

In re Application of

| Application Number | Filed |
|---|---|
| 60/209 771 | 06-07-00 |

Paper No. _5_

I hereby request access under 37 CFR 1.14(a)(1)(iv) to the application file record of the above-identified ABANDONED application, which is not within the file jacket of a pending Continued Prosecution Application (CPA) (37 CFR 1.53(d)), and which is identified in, or to which a benefit is claimed, in the following document (as shown in the attachment):

United States Patent Application Publication No. _____, page, _____ line

United States Patent Number 6 870 523, column _____, line, _____ or

WIPO Pub. No._____, page _____, line _____.

OCT 15 2007

File Information Unit

### Related Information About Access to Applications Maintained in the Image File Wrapper System (IFW) and Access to Pending Applications in General

A member of the public, acting without a power to inspect, cannot order applications maintained in the IFW system through the FIU. If the member of the public is entitled to a copy of the application file, then the file is made available through the Public Patent Application Information Retrieval system (Public PAIR) on the USPTO internet web site (www.uspto.gov). Terminals that allow access to Public PAIR are available in the Public Search Room. The member of the public may also be entitled to obtain a copy of all or part of the application file upon payment of the appropriate fee. Such copies must be purchased through the Office of Public Records upon payment of the appropriate fee (37 CFR 1.19(b)).

For published applications that are still pending, a member of the public may obtain a **copy** of:
the file contents; the pending application as originally filed; or any document in the file of the pending application.

For unpublished applications that are still pending:
(1) If the **benefit of the pending application is claimed** under 35 U.S.C. 119(e), 120, 121, or 365 in another application that has: (a) issued as a U.S. patent, or (b) published as a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a **copy** of: the file contents; the pending application as originally filed; or any document in the file of the pending application.
(2) If the application is **incorporated by reference or otherwise identified** in a U.S. patent, a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a **copy** of the pending application as originally filed.

_Shoaib Ghayour_    10-15-07
Signature    Date

Shoaib Ghayour
Typed or printed name

_____
Registration Number, if applicable

703-553-0000
Telephone Number

FOR PTO USE ONLY

RECEIVED

Approved by: _____

Unit _____

OCT 15 2007

File Information Unit

This collection of information is required by 37 CFR 1.11 and 1.14. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. BRING TO: File Information Unit, Room 2E04, 2900 Crystal Drive, Arlington, Virginia.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



US006870523B1

(12) **United States Patent**
Ben-David et al.

(10) Patent No.: **US 6,870,523 B1**
(45) Date of Patent: **Mar. 22, 2005**

(54) **DEVICE, SYSTEM AND METHOD FOR ELECTRONIC TRUE COLOR DISPLAY**

(75) Inventors: **Ilan Ben-David**, Rosh Hayin (IL); **Moshe Ben-Chorin**, Rehovot (IL)

(73) Assignee: **Genoa Color Technologies**, Herzliya (IL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/710,895**

(22) Filed: **Nov. 14, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/209,771, filed on Jun. 7, 2000.

(51) Int. Cl.[7] ............................................ G09G 3/34
(52) U.S. Cl. ................. 345/84; 345/32; 348/743; 348/744
(58) Field of Search .................... 345/84, 85, 691, 345/697, 32; 349/5, 106, 108; 348/743, 544

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,699,244 A  * 10/1972 Cohen et al. ............... 348/121
4,390,893 A   6/1983 Russell et al.

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

WO        95/10160    10/1994
WO        97/42770    5/1997

OTHER PUBLICATIONS

K. Takatori et al,"Field–Sequential Smectic LCD with TFT Pixel Amplifier", SID 01 Digest, pp. 48–51.
Jeffrey A. Shimizu, "Scrolling Color LCOS for HDTV Rear Projection, "SID 01 Digest, pp. 1072–1075.
Francisco H. Imai, ColorScience; "Spectral reproduction from scene to hardcopy", Part 1–Multi–spectral acquisition and spectral estimation using a Trichromatic Digital Camera System associated with absorption filters.
Wyble & Berns, "A Critical Review of Spectral Models Applied to Binary Color Printing", vol. 25 No. 1.
Rosen et al Spectral Reproduction from Scene to Hardcopy II: Image Processing. Munsell Color Science Laboratory, RIT Proceedings of SPIE vol. 4300(2001).

(List continued on next page.)

*Primary Examiner*—Jimmy H. Nguyen
(74) *Attorney, Agent, or Firm*—Eitan, Pearl, Latzer & Cohen Zedek, LLP

(57) **ABSTRACT**

A device, system and a method for displaying an expanded spectrum of colors. The present invention is suitable for various types of electronic display devices, such as televisions and monitor devices ("monitors") for computational devices, for example. The present invention operates by electronic production of more than three primary colors. As previously described, the term "primary color" specifically does not include light as produced by a neutral filter. Thus, unlike background art systems and devices, the present invention is not limited to combinations of colors which are produced from only three primary colors, such as red, green and blue for example.

**24 Claims, 10 Drawing Sheets**



| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| | | | |
| FEE DETERMINATION | | | |
| O.I.P.E. CLASSIFIER | | | |
| FORMALITY REVIEW | | | |
| RESPONSE FORMALITY REVIEW | *as* | 59229 | 8/29/00 |
| | | | |

(LEFT INSIDE)

APPROVED FOR LICENSE ☐

INITIALS _14/_

## PATENT APPLICATION

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
60209771

JC641 U.S. PTO
60/209771
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
06/07/00



| Date Entered or Counted | CONTENTS | Date Received or Mailed |
|---|---|---|
| | 1. Application _____ papers. | |
| | 2. Request for Allowance | 6-3-05 |
| | 3. Request for Access | 8-30-06 |
| | 4. Request for Access | 03/22/07 |
| | 5. Request for Access | 10-15-07 |
| | 6. | |
| | 7. | |
| | 8. | |
| | 9. | |
| | 10. | |
| | 11. | |
| | 12. | |
| | 13. | |
| | 14. | |
| | 15. | |
| | 16. | |
| | 17. | |
| | 18. | |
| | 19. | |
| | 20. | |
| | 21. | |
| | 22. | |
| | 23. | |
| | 24. | |
| | 25. | |
| | 26. | |
| | 27. | |
| | 28. | |
| | 29. | |
| | 30. | |
| | 31. | |
| | 32. | |

(LEFT OUTSIDE)