# EXHIBIT I

Case 1:07-cv-06233-PKC    Document 51-4    Filed 06/04/2008    Page 1 of 10

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
11/22/2000 CV0111    00000002 09710895
01 FC:201                    355.00 OP
02 FC:202                     40.00 OP
03 FC:203                     36.00 OP
```

PTO-1556
(5/87)

*U.S. GPO: 1999-459-082/19144

SEE THE SERIAL # 09710895
FOR VOID INFO.

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
Adjustment date: 11/22/2000  CV0111
11/15/2000 VYANG1   00000082 09710895
01 FC:201                         -355.00 OP
02 FC:299                         -264.00 OP
03 FC:202                          -40.00 OP
```

```
11/15/2000 VYANG1   00000082 09710895
01 FC:201                          355.00 OP
02 FC:299                          264.00 OP
03 FC:202                           40.00 OP
```

PTO-1556
(5/87)

*U.S. GPO: 1999-459-082/19144

33

WHAT IS CLAIMED IS:

1. A device for displaying image data of a plurality of colors, the device comprising:

  (a)  a light source for producing light having at least four primary colors;

  (b)  a controller for determining a combination of at least one of said at least four primary colors according to the image data for production by said light source, such that said controller is separate from said light source; and

  (c)  a viewing screen for displaying the image data according to said combination from said controller.

2. The device of claim 1, wherein said light source features a plurality of monochromatic sources, each monochromatic source producing light of one of said at least four primary colors.

3. The device of claim 2, wherein said viewing screen features a plurality of groups of pixels, each group of pixels including at least four pixels, each pixel corresponding to a primary color.

4. The device of claim 2, wherein said monochromatic light source is a laser.

5.  The device of claim 1, further comprising:

(d) a projector for projecting light of said at least four primary colors onto said viewing screen according to said combination.

6.  The device of claim 5, wherein said light source comprises:

(i) a polychromatic source; and

(ii) at least four color filters, each color filter corresponding to a primary color for filtering polychromatic light from said polychromatic source to produce light of said at least four primary colors.

7.  The device of claim 6, wherein said projector further comprises a spatial light modulator for determining a path of light of each primary color.

8.  The device of claim 7, wherein said projector spatially alters a path of light of each primary color for projection onto said viewing screen.

9.  The device of claim 7, wherein said projector determines projection of light of each primary color according to a temporal sequence.

10. The device of claim 9, wherein said light source further

comprises:

    (iii)    a color wheel for holding said color filters; and

    (iv)    a motor for rotating said color wheel.

11. The device of claim 10, where said spatial light modulator is selected from the group consisting of a binary modulation type and a continuous modulation type.

12. The device of claim 11, wherein said spatial light modulator is selected from the group consisting of DMD, FLC, quantum well modulator and electro-optical modulator.

13. The device of claim 11, wherein said spatial light modulator is selected from the group consisting of LCD, electro-optical modulator and magneto-optical modulator.

14. The device of claim 6, where said spatial light modulator is selected from the group consisting of a binary modulation type and a continuous modulation type.

15. The device of claim 14, wherein said spatial light modulator is selected from the group consisting of DMD, FLC, quantum well modulator and electro-optical modulator.

36

16. The device of claim 14, wherein said spatial light modulator is selected from the group consisting of LCD, electro-optical modulator and magneto-optical modulator.

17. The device of claim 6, wherein said light source further comprises a continuously variable neutral density filter for controlling brightness of said light of said at least four primary colors.

18. The device of claim 1, wherein said light source produces light of six primary colors.

19. The device of claim 1, wherein said light source additionally produces white light for controlling brightness of said light of said at least four primary colors.

20. The device of claim 1, wherein said combination from said controller is digital image data.

21. The device of claim 1, wherein said combination from said controller is an analog image signal.

22. A system for displaying image data of a plurality of colors, the

37

system comprising:

    (a)    a light source for producing light having at least four primary colors;

    (b)    a converter for converting the image data to a combination of at least one of said at least four primary colors to form a map;

    (c)    a controller for controlling a production of said combination from said light source, wherein said controller is separate from said light source; and

    (d)    a viewing screen for displaying the image data from said combination from said light source as controlled by said controller.

23. In a device for displaying image data of a plurality of colors, the device comprising a light source for producing light having at least four primary colors and a viewing screen for displaying the image, the light being projected onto the viewing screen, a method for creating the image for displaying, the method comprising the steps of:

    (a)    producing light by the light source of at least four primary colors;

    (b)    determining a path for light of each primary color according to the image data; and

    (c)    projecting said light of each primary color according to said path onto the viewing screen to form the image.

38

24. A device for displaying image data of a plurality of colors, the device comprising:

(a) a light source for producing light having at least four primary colors, said light source comprising:

(i) a polychromatic source;

(ii) at least four color filters, each color filter corresponding to a primary color for filtering polychromatic light from said polychromatic source to produce light of said at least four primary colors;

(iii) a continuously variable neutral density filter;

(iv) a color wheel for holding said color filters and said continuously variable neutral density filter; and

(v) a motor for rotating said color wheel;

(b) a controller for determining a combination of at least one of said at least four primary colors according to the image data for production by said light source, such that said controller is separate from said light source;

(c) a viewing screen for displaying the image data according to said combination from said controller; and

(d) a projector for projecting light of said at least four primary colors onto said viewing screen according to said combination, further comprising a spatial light modulator for determining a

39

~~path of light of each primary color, for determining projection of light of each primary color according to a temporal sequence.~~

ADDA2 / ADD B.