EXHIBIT M



Attorney Docket No.: P-4177-US

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicants: | BEN-DAVID, Ilan et al. | Examiner: | NGUYEN, Jimmy H. |
| Serial No.: | 10/297,672 | Group Art Unit: | 2673 |
| Filed: | December 9, 2002 | Attorney Docket No.: | P-4177-US |
| Title: | DEVICE, SYSTEM AND METHOD FOR ELECTRONIC TRUE COLOR DISPLAY | | |

## AMENDMENT

**Mail Stop Amendment**
Commissioner for Patents
P. O. Box 1450
Alexandria, VA 22313-1450

Sir:

This Amendment is being filed in response to the Office action mailed by the United States Patent and Trademark Office on September 20, 2005. As the period for reply expires on December 20, 2005, this response is timely filed.

**Amendments to the Claims** are reflected in the listing of claims, which begins on page 2 of this paper.

**Remarks** begin on page 5 of this paper.

APPLICANTS: BEN-DAVID, Ilan et al.
SERIAL NO.: 10/297,672
FILED: December 9, 2002
Page 2

## AMENDMENTS TO THE CLAIMS

Please add or amend the claims to read as follows, and cancel without prejudice or disclaimer to resubmission in a divisional or continuation application claims indicated as cancelled:

1.-152. (Canceled).

153. (New)   A method of producing a color image comprising:

projecting polychromatic light from a light source onto a first side of a color wheel having at least four non-white and non-black color filters;

rotating said color wheel such that the polychromatic light from said light source is sequentially filtered by transmission through said at least four color filters to sequentially produce at a second side of said color wheel, opposite said first side, light of at least four colors, each of said at least four colors having a different chromaticity from the others of the at least four colors; and

spatially modulating said light of at least four colors to produce said color image.

154. (New)   The method of claim 153, wherein each of said at least four light colors is produced at least once during one rotation of said color wheel.

155. (New)   The method of claim 153, further comprising operating a motor attached to said color wheel for rotating said color wheel.

156. (New)   The method of claim 153, further comprising projecting said filtered light onto a viewing screen.

APPLICANTS:   BEN-DAVID, Ilan et al.
SERIAL NO.:   10/297,672
FILED:        December 9, 2002
Page 3

157. (New)    The method of claim 153, wherein said spatially modulating said light comprises selectively activating a spatial light modulator in accordance with a data signal.

158. (New)    The method of claim 157, wherein said spatial light modulator is a digital micro-mirror device (DMD).

159. (New)    The method of claim 157, wherein selectively modulating the light comprises activating said spatial light modulator to sequentially modulate the light of said at least four different colors in accordance with said data signal.

160. (New)    The method of claim 153, further comprising converting three-color data representing said color image in terms of three colors into converted image data representing said color image in terms of said at least four different colors.

161. (New)    The method of claim 153, further comprising:

receiving image data representing said color image in terms of said at least four colors; and

generating a formatted data signal including a sequence of color data arrays, each array including data representing at least part of said image data corresponding to one of said at least four colors.

162. (New)    The method of claim 161, wherein said spatially modulating said light comprises selectively activating a spatial light modulator based on said formatted data signal to produce a light pattern corresponding to said color image.

APPLICANTS:   BEN-DAVID, Ilan et al.
SERIAL NO.:   10/297,672
FILED:        December 9, 2002
Page 4

## REMARKS

### Status of the Claims

Claims 153-162 are pending in the Application.

Claims 1-152 have been canceled without prejudice. In making this cancellation without prejudice, Applicants reserve all rights in these claims to file divisional and/or continuation patent applications.

Claims 152-162 have been newly added in this submission. It is respectfully asserted that the above changes do not add new matter.

### Personal Interview

Applicants are grateful to Examiner Nguyen for the personal interview granted to Dr. Moshe Ben-Chorin and Applicants' representative Guy Yonay. In the interview, it was discussed and agreed by the Examiner that none of Guerinot, Carrein or Gale disclose or render obvious the substance of newly added claim 153.

### CLAIM REJECTIONS

### 35 U.S.C. § 103 Rejections

In the Office action, the Examiner rejected now-cancelled claims 97-127 and 129-140 under 35 U.S.C. § 103, as being obvious in view various combinations of the Guerinot, Carrein, Gale, Pettit and Cohen references. In view of the cancellation of the rejected claims, it is respectfully submitted that the rejection is moot. Applicants respectfully reserve the right to file continuation or divisional applications in the subject matter of the cancelled claims.

APPLICANTS:   BEN-DAVID, Ilan et al.
SERIAL NO.:   10/297,672
FILED:        December 9, 2002
Page 5

Should the Examiner have any question or comment as to the form, content or entry of this Amendment, the Examiner is requested to contact the undersigned at the telephone number below.

Respectfully submitted,

Guy Yonay
Agent for Applicants
Registration No. 52,388

Dated: December 20, 2005

**Pearl Cohen Zedek Latzer, LLP.**
10 Rockefeller Plaza, Suite 1001
New York, New York 10020
Tel: (212) 632-3480
Fax: (212) 632-3489