```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
GENOA COLOR TECHNOLOGIES, LTD.,                     :

                 Plaintiff,                      :    No. 07 CIV 6233 (PKC)

                                     :

                v.                       :    ECF Case

                                     :

MITSUBISHI ELECTRIC CORP.; MITSUBISHI          :
ELECTRIC US HOLDINGS, INC.; MITSUBISHI          :    **ORDER ADMITTING**
ELECTRIC AND ELECTRONICS USA, INC.;            :    **COUNSEL *PRO HAC***
MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.;  :    ***VICE***
SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG          :
ELECTRONICS AMERICA, INC.,                     :

              Defendants.                :
-------------------------------------------------------------- x

       This matter having been brought before the Court by Defendants Samsung

Electronics Co., Ltd. and Samsung Electronics America, Inc., through its counsel Covington and

Burling LLP, by motion pursuant to Local Civil Rule 1.3(c) for an order admitting Richard J.

Johnson *pro hac vice*, on notice to all parties of record hereto, and the Court having reviewed

and considered the papers filed in support of this Motion, it is hereby

       ORDERED that Richard J. Johnson be and hereby is admitted *pro hac vice* in

connection with this action and shall abide by the provisions of the Local Rules of this Court in

all respects and be subject to the disciplinary jurisdiction of the Court in accordance with Local

Civil Rule 1.5.

SO ORDERED:

_____  Date: _____ 6-8-08

          U.S.D.J.