```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
GENOA COLOR TECHNOLOGIES, LTD.,

                Plaintiff,

                v.

MITSUBISHI ELECTRIC CORP.; MITSUBISHI
ELECTRIC US HOLDINGS, INC.; MITSUBISHI
ELECTRIC AND ELECTRONICS USA, INC.;
MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.;
SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG
ELECTRONICS AMERICA, INC.,

                Defendants.
------------------------------------------------------------------------ x

No. 07 CIV 6233 (PKC)

ECF Case

**ORDER ADMITTING COUNSEL *PRO HAC VICE***

This matter having been brought before the Court by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., through its counsel Covington and Burling LLP, by motion pursuant to Local Civil Rule 1.3(c) for an order admitting Richard J. Johnson *pro hac vice*, on notice to all parties of record hereto, and the Court having reviewed and considered the papers filed in support of this Motion, it is hereby

ORDERED that Richard J. Johnson be and hereby is admitted *pro hac vice* in connection with this action and shall abide by the provisions of the Local Rules of this Court in all respects and be subject to the disciplinary jurisdiction of the Court in accordance with Local Civil Rule 1.5.

SO ORDERED:

_____ Date: 6-12-08
U.S.D.J.