# EXHIBIT B





## USPTO Response to Institute for Progress Report

Wednesday, May 28, 2008
by: **Harold Wegner**

The Institute for Progress study, *Reexamining Inter Partes Reexam* (April 2008), has received a great deal of attention.
It has now been confirmed through reliable sources that the Institute is for real and includes as a Fellow the respected Chair of the PPAC arm of the U.S. Patent and Trademark Office, Kevin Rivette. Mr. Rivette places his imprimatur on this report. Mr. Rivette has confirmed that the Institute is an entirely pro bono effort on the part of its still not fully identified Fellows (their identification is to be forthcoming in the near future).

There is no way to read *Reexamining Inter Partes Reexam* to reach any conclusion other than that the PTO has grossly mismanaged reexamination.

It is not this writer's obligation in the first instance to either defend the PTO nor to pile on with condemnation based upon the painstaking work that the authors have put into this effort. Rather, since the PTO has available its own highly superior search tools to confirm, refute or amplify the statistics in this study, it is incumbent upon the PTO to promptly provide whatever defense it has to this most damning report.

To request a copy of *Reexamining Inter Partes Reexam*, email the Institute at info@instituteforprogress.com

Scope Knowledge Competitive Intelligence Reports

| Email It | Print It | **Blog** It! |

There are **NO** comments related to this article. Be the first!

**RECENT HEADLINES**

- Pharming acquires patent licenses
- Medicines hopeful on drug patent extension
- Chinese Authorities Move to Stop Pirated Textbooks
- BT threatening music downloaders with internet cut-off
- Mixed reviews for copyright bill
- Brazil NGO opposes Gilead's AIDS drug patent
- Patent office concludes re-exam of WARF stem cell patents
- WIPO Patent Committee Opens Way To New Thinking

**SPONSORED LINKS**

Log-Out | Submit Articles and News | Advertise

Novus | Enterprise IP | In the Courts | Technology | IP Law | SME / Inventing | Geopolitics | Patent Trends
About Us | Privacy | Terms | Contact Us | Site Map

**ipFrontline, IP200** and **PatentCafe** are trademarks or registered trademark of PatentCafe.com, Inc.
©Copyright 1996-2008 PatentCafe.com, Inc. All Rights Reserved