# EXHIBIT B



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Inter Partes* Reexamination Filing Data - March 31, 2008

1. Total requests filed since start of *inter partes* reexam on 11/29/99 ............................... 390[1]

2. Number of filings by discipline

   a. Chemical Operation              91     23%
   b. Electrical Operation           151     39%
   c. Mechanical Operation           148     38%

3. Annual Reexam Filings

   | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
   |---|---|---|---|---|---|
   | 2000 | 0 | 2003 | 21 | 2006 | 70 |
   | 2001 | 1 | 2004 | 27 | 2007 | 126 |
   | 2002 | 4 | 2005 | 59 | 2008 | 82 YTD |

4. Number known to be in litigation………………………………………….212………………54%

5. Decisions on requests ................................................................................................. 346

   a. No. granted ................................................................... 328 ................... 95%

      (1) By examiner                    328
      (2) By Director (on petition)        0

   b. No. not granted ............................................................ 18 .................... 5%

      (1) By examiner       15
      (2) Reexam vacated     3

6. Overall reexamination pendency (Filing date to certificate issue date)

   a. Average pendency            31.4 (mos.)
   b. Median pendency             29.7 (mos.)

7. Total inter partes reexamination certificates issued (1999 - present) ............................... 17

   a. Certificates with all claims confirmed      1      6%
   b. Certificates with all claims canceled      13     76%
   c. Certificates with claims changes            3     18%

---

[1] Of the requests received in FY 2008, 3 requests have not yet been accorded a filing date, and 7 requests had preprocessing terminated, for failure to comply with the requirements of 37 CFR 1.915.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).