# EXHIBIT A



# Reexamining Inter Partes Reexam

## April 2008

www.instituteforprogress.com

# Data Source and Method of Analysis



- All data was taken directly from the USPTO PAIR system
- Includes all Inter Partes Reexam cases and transactions listed through April 16, 2008
  - Includes 95/000,001 through 95/000,362 and 95/001,001 through 95/001,037 except for cases 95/001,007 and 95/001,025 for which there is no data in PAIR
  - Case 95/000,350 is excluded from timeline analysis since no date is recorded for "Receipt of Original Inter Partes Reexam Request"
- All transactions were downloaded from the Electronic File Wrapper, and were augmented with additional transactions from the Transaction History wherever missing elements were identified
- Obvious anomalies were corrected manually
  - For example:
    - "Receipt of Original Inter Partes Reexam Request" identified where missing
    - Many erroneous references to "Ex Parte Reexams" were reviewed and eliminated
    - Duplicate transactions (same case number, same transaction, same date) were eliminated
- Key milestones for each case were extracted along with their dates, and the analysis was performed on these transactions

2

# Requests for Inter Partes Reexams have been Rising Rapidly





Request for Inter Partes Reexams by Year of Request

In 2007, there were ~6 times as many inter partes reexam requests as in 2003

(1) Actual through 4/16/2008, Forecast equals (108 days/365 days) X 44 reexam requests to date
Note: Reexam requests are based on calendar years rather than fiscal years as generally reported by the USPTO
Source: USPTO PAIR Database; Institute for Progress analysis

3

# Virtually all Requests for Inter Partes Reexamination are Granted





Decisions on Request for Inter Partes Reexam

- Reexam ordered: 95% (335)
- Reexam denied: 4% (15)
- Reexam vacated: 1% (4)
- Total Decisions: 354

Among those rejected, several are for the same invention, and several others are design patents

Source: USPTO PAIR Database; Institute for Progress analysis

4

# Most Cases Follow the Main Sequence through the USPTO Inter Partes Reexamination Process

All Inter Partes Reexams through April 16, 2008

INSTITUTE for PROGRESS

## The Normal Sequence of Inter Partes Reexam Steps

Source: USPTO PAIR Database; Institute for Progress analysis

# Some Cases Skip Steps…

## Generally Due to Patent Holder Non Responsiveness

All Inter Partes Reexams through April 16, 2008

INSTITUTE for PROGRESS

Inter Partes Reexam Process Including Skipped Steps

Note: Three other paths are not included on chart – A to F - 1,0%; A to G - 1,0%; B to G - 1,1%

Source: USPTO PAIR Database; Institute for Progress analysis

# …Other Cases Repeat Steps Multiple Times

All Inter Partes Reexams through April 16, 2008

INSTITUTE for PROGRESS

## Inter Partes Reexam Including Repeated Steps

Source: USPTO PAIR Database; Institute for Progress analysis

# Flow of Cases through the USPTO Inter Partes Reexamination Process

All Inter Partes Reexams through April 16, 2008

Institute for Progress

## Overview of Inter Partes Reexam Process

Note: Three other paths are not included on chart – A to F - 1,0%; A to G - 1,0%; B to G - 1,1%

Source: USPTO PAIR Database; Institute for Progress analysis

# Correction of Inter Partes Reexam Requests Jumped in 2006, and has Subsided Since





Percent of Inter Partes Reexam Requests Requiring Correction

9

Source: USPTO PAIR Database; Institute for Progress analysis



# Seventy Percent of IPREs receive a 1st Office Action on the Same Day as the Reexam is Ordered

**Distribution of IPRE Cases: Days between Reexam Order and 1st Office Action**



The patent holder is precluded from providing information to the examiner prior to the 1st Office Action

Source: USPTO PAIR Database; Institute for Progress analysis

10

# The USPTO Reports an Average Pendency of 28.5 Months; This Estimate is Skewed by Cases that have Skipped Steps

INSTITUTE for PROGRESS



Path taken by I-P Reexams that have received a Reexam Certificate

The 16 Inter Partes Reexams that have received a final certificate made it through the case because they skipped steps
- In 10 of 16 cases, the patent holder did not respond to an office action
- None of the patent holders appealed the decision

The low average pendency that the USPTO reports is driven by the cases that skipped steps
- Pendency for the 10 cases that skipped steps was ~24 months
- Pendency for the 6 cases that went through ACP and Right of Appeal was ~39 months

Note: The 16 cases here include all cases receiving a Reexam Certificate through April 16, 2008. The most recent data published by the USPTO includes only 12 cases through the end of their fiscal year (9/30/2007). The average pendency of these 16 cases is slightly longer (30.1 months) than the USPTO's statistic based on 12 cases.

Source: USPTO PAIR Database; Institute for Progress analysis



Key:
\# ← Number of reexams leaving step on this path
% ← Percent of reexams leaving step on this path
Arrow coloring: → Normal sequence  → Skipped steps

11

# The Normal IPRE Process Takes Much Longer than the USPTO's 28.5 Months – even without an appeal





Timeline of Inter Partes Reexams Without Appeal

- Request - Decision: 2.4 ± 0.1
- Decision - 1st Office Action: 1.7 ± 0.5
- 1st Office Action - 1st ACP: 15.8 ± 1.8
- 1st ACP - Right of Appeal: 9.8 ± 1.6
- Right of Appeal - Intent to Issue: 7.7 ± 3.7
- Intent to Issue - Certificate Issued: 6.2 ± 1.7
- **Total: 43.5 ± 9.4**

95% Confidence Interval: Lower Bound, Upper Bound, Mean

Without an appeal, the average expected pendancy period for inter partes reexams is between 34 and 53 months

Source: USPTO PAIR Database; Institute for Progress analysis

12

# With an Appeal, the IPRE Process Takes at least Five to Eight Years
## This Estimate Dos Not Include "Rework" and Secondary Appeals

**Institute for Progress**



Timeline of Inter Partes Reexams With Appeal

- Request – Decision: 2.4 ± 0.1
- Decision – 1st Office Action: 1.7 ± 0.5
- 1st Office Action – 1st ACP: 15.8 ± 1.8
- 1st ACP – Right of Appeal: 9.8 ± 1.6
- Right of Appeal – Appeal Docketed: 28.9 ± 6.4
- Appeal Docketed – BPAI Decision: 6.0 ± 2.3

*Nobody knows how long a case may spend in "rework" or secondary appeal"*
*No IPRE case has ever reached this stage*

- BPAI Decision – Intent to Issue (1): 7.7 ± 3.7
- Intent to Issue – Certificate Issued: 6.2 ± 1.7
- **Total: 78.4 ± 18.1 plus ?**

95% Confidence Interval — Lower Bound, Upper Bound, Mean

With an appeal, the pendancy period for inter partes reexams is AT LEAST 60 to 97 months (5-8 years!)
…and that doesn't include "rework" after an appeal or secondary appeals

(1) Assumes the same time from BPAI Decision – Intent to Issue as for Right of Appeal – Intent to Issue
Source: USPTO PAIR Database; Institute for Progress analysis

# How Far Have the Inter Partes Reexams Gotten? Where Does the Work-In-Process Sit?
All Inter Partes Reexams through April 16, 2008



## IPRE Cases by Year of Original Request and Last Step COMPLETED

|  | Reexam Ordered | Non-Final Action | Action Closing Prosecution | Appeal Docketed | BPAI Decision | Court of Appeals |
|---|---|---|---|---|---|---|
|  | '03 – 2<br>'04 – 10<br>'05 – 11<br>'06 – 40<br>'07 – 72<br>'08 – 12<br>Tot – 147 | '02 – 1<br>'03 – 2<br>'04 – 6<br>'05 – 10<br>'06 – 22<br>'07 – 9<br>Tot – 50 | '03 – 2<br>Tot – 2 | '02 – 1<br>'03 – 2<br>Tot – 3 |  |

'07 – 5
'08 – 23
Tot – 28

'05 – 2
'06 – 12
'07 – 34
'08 – 4
Tot – 52

**Original Request for Inter Partes Rexam**

**Reexam Ordered**

**Non-Final Action**

**Action Closing Prosecution**

**Right of Appeal Notice**
'02 – 3
'03 – 8
'04 – 14
'05 – 13
'06 – 7
'07 – 2
Tot – 47

**Intent to Issue Certificate**
'03 – 4
'04 – 2
'05 – 3
'06 – 4
'07 – 3
Tot – 16

**Reexam Certificate Issued**
'01 – 2
'02 – 1
'03 – 2
'04 – 5
'05 – 3
'06 – 3
Tot – 16

**Corrected Request for Inter Partes Reexam**

'05 – 3
'07 – 6
Tot – 9

**Reexam Denied**

'03 – 2
'07 – 1
Tot – 3

**Reexam Order Vacated**

'05 – 3
'06 – 4
'07 – 3
Tot – 10

**Reexam Terminated**

'07 – 7
'08 – 5
Tot – 12

Source: USPTO PAIR Database; Institute for Progress analysis