## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER GRANTING STAY PENDING *INTER PARTES* REEXAMINATION** was made this 17th day of July, 2008, by delivering a true and correct copy of the same by Federal Express Priority Overnight to the following:

1. Richard L. Rainey
   Covington & Burling LLP
   1201 Pennsylvania Avenue, NW
   Washington, DC 20004

2. Roderick L. McKelvie
   Covington & Burling LLP
   1201 Pennsylvania Avenue, NW
   Washington, DC 20004

3. James E. Hough
   Morrison Foerster
   1290 Avenue of the Americas
   New York, New York 10104

4. Vincent J. Belusko
   Morrison Foerster
   555 West 5th Street
   Los Angeles, CA 90013-1024

Sherika Sterling