# MEMO ENDORSED

THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

GENOA COLOR TECHNOLOGIES, LTD.,
)
)
Plaintiff,
)
)
v.
)   Civil Action No. 07-CV-6233
)
MITSUBISHI ELECTRIC CORP.;
)   (JURY TRIAL DEMANDED)
MITSUBISHI ELECTRIC US HOLDINGS, INC.;
)
MITSUBISHI ELECTRIC AND
)
ELECTRONICS USA, INC.;
)
MITSUBISHI DIGITAL ELECTRONICS
)
AMERICA, INC.; SAMSUNG
)
ELECTRONICS CO., LTD.; SAMSUNG
)
ELECTRONICS AMERICA, INC.
)
)
Defendants.
)
-----------------------------------------------------------X

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF
ORDER GRANTING STAY PENDING *INTER PARTES* REEXAMINATION**

Genoa Color Technologies, Ltd. ("Genoa") respectfully requests that this Court reconsider its Order of June 20, 2008 granting a stay of this litigation pending resolution of the reexaminations that have been granted by the U.S. Patent and Trademark Office ("PTO").

The basis for this request is the very important study attached hereto entitled "Reexamining *Inter Partes* Reexam" by the Institute for Progress. See Exhibit A. Genoa was unaware of this study as of the hearing on June 20, and learned of it for the first time on June 26, 2008. The legitimacy of the study is evidenced by information regarding the Institute for Progress that is likewise attached. See Exhibit B.

The attached study speaks articulately for itself, and thus all of its findings need not be repeated here. Of particular importance, however, are the findings that:

[Handwritten endorsement:] I have carefully considered Genoa's motion to reconsider the order granting a stay. Any grant of a stay is always subject to revisitation in the event of undue delay or efforts or tactics by the defendants to obstruct the inter partes reexamination. Upon reconsideration, the stay will remain in place. SO ORDERED [signature] 7-23-08

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08
```