UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            )
GENOA COLOR TECHNOLOGIES, LTD.,                             )
                                                            )
                            Plaintiff,                      )
                                                            )
            v.                                              )  Civil Action No. 07-CIV-6233 (PKC)
                                                            )
MITSUBISHI ELECTRIC CORP.; MITSUBISHI                       )
ELECTRIC US HOLDINGS, INC.; MITSUBISHI                      )
ELECTRIC AND ELECTRONICS USA, INC.;                         )
MITSUBISHI DIGITAL ELECTRONICS                              )  ECF CASE
AMERICA, INC.; SAMSUNG ELECTRONICS CO.,                     )
LTD.; SAMSUNG ELECTRONICS AMERICA,                          )
INC.,                                                       )
                                                            )
                            Defendants.                     )
                                                            )
------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE WITH RESPECT TO SAMSUNG

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Genoa Color Technologies, Ltd. ("Genoa") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"), by and through their undersigned counsel of record, hereby stipulate to the voluntary dismissal with prejudice of Genoa's claims against Samsung, and Samsung's counterclaims against Genoa, with each party to bear its own costs, expenses, and attorney's fees.

This stipulation may be executed in counterparts, each of which shall have the same force and effect as an original and shall constitute an effective, binding agreement on the part of each of the undersigned. For the purpose of executing this stipulation, facsimile signatures may be used in lieu of, and shall be deemed equivalent to, original signatures.

Respectfully submitted,

BY: _____

Richard L. Rainey (admitted *pro hac vice*)
Gregory S. Discher (admitted *pro hac vice*)
Brian G. Bieluch
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 662-6000
Fax: (202) 662-6291
rrainey@cov.com
gdischer@cov.com
bbieluch@cov.com

Philip A. Irwin
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 841-1000
Fax: (212) 841-1010
pirwin@cov.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

Dated: 7/14/10

Respectfully submitted,

BY: _____

Sibley P. Reppert
Pearl Cohen Zedek Latzer LLP
470 Atlantic Avenue
4th Floor
Boston, MA 02210
Tel: (646) 878-0800
Fax: (646) 878-0801
SibleyR@pczlaw.com

Lee A. Goldberg
Pearl Cohen Zedek Latzer LLP
1500 Broadway, 12th Floor
New York, NY 10036
Tel: (646) 878-0800
Fax: (646) 878-0801
LeeG@pczlaw.com

*Attorneys for Plaintiff Genoa Color Technologies, Ltd.*

Dated: 7/16/10

Respectfully submitted,

BY: /s/ Nicole M. Smith

Vincent J. Belusko
Nicole M. Smith
Morrison & Foerster LLP
555 West Fifth Street
35th Floor
Los Angeles, CA 90013-1024
Tel: (213) 892-5200
Fax: (213) 892-5454
vbelusko@mofo.com
nsmith@mofo.com

James Edward Hough
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 468-8000
Fax: (212) 468-7900
jhough@mofo.com

*Attorneys for Defendants Mitsubishi Electric Corp., Mitsubishi Electric US Holdings, Inc., Mitsubishi Electric and Electronics USA, Inc., and Mitsubishi Digital Electronics America, Inc.*

Dated: July 15, 2010

## CERTIFICATE OF SERVICE

I hereby certify that this 16th day of July 2010, I electronically transmitted the attached document to the Clerk of the Court using the ECF filing system for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Richard Rainey: | rrainey@cov.com |
| Roderick L. McKelvie: | rmckelvie@cov.com |
| James E. Hough: | jhough@mofo.com |
| Vincent Belusko: | vbelusko@mofo.com |

Dated: July 16, 2010         By:    *s/ Sherika Sterling*
                                           Sherika Sterling